**UNITED STATES OF AMERICA**
**NATIONAL CREDIT UNION ADMINISTRATION**
**ALEXANDRIA, VA 22314**

| | |
|---|---|
| *In the Matter of Jackson Area Federal Credit Union, Charter No 8445, Jackson Mississippi* | Case No. 26-0023-SR |

**DECLARATION OF LAUREN HOWLE**

I, Lauren Howle, declare pursuant to 28 U.S.C. § 1746 the following to be a true and correct:

1. I am the Chief Strategy Officer at Corporate America Credit Union ("CACU"), headquartered at 4365 Crescent Road, Irondale, AL 35210. As the Chief Strategy Officer, I oversee CACU's Compliance Department. I am providing this declaration at the request of the National Credit Union Administration ("NCUA").

2. This declaration is based on my personal knowledge, information from CACU's books and records, consultation with my staff, and my own review of those records. The records reviewed in preparing this declaration were all kept in the ordinary course of CACU's business.

3. CACU is a financial institution servicing member credit unions as their financial institution, *i.e.*, "a credit union's credit union." The services that CACU provides to member credit unions include taking deposits, processing Automated Clearing House ("ACH") transactions, and processing domestic and international wire transactions, among other services.

4. One of CACU's members is Jackson Area Federal Credit Union ("JAFCU"). CACU services JAFCU's ACH receipt and origination, deposit processing, domestic and international wires, share draft inclearings, settlement services, and a line of credit.

5. In compliance with its obligations under the Bank Secrecy Act and Anti-Money Laundering laws and regulations, CACU identified certain anomalies that led to a further investigation of JAFCU and, ultimately, CACU notified NCUA of various concerns.

6. The first concern raised by CACU to NCUA was in June, 2024. NCUA requested CACU to confirm the name of the beneficiary on JAFCU wire transfer records. CACU records indicate that JAFCU's President/CEO Leigh James Bridges ("Bridges") originated a wire transfer for $378,780 to Tiffany & Co. on April 29, 2024. The JAFCU records that were provided by NCUA to CACU showed that Raymond James was the beneficiary, with the address of the beneficiary listed as Raymond James's address. This was inconsistent with CACU's records. CACU system information confirms that "Tiffany & Company US Sales LLC" was the named beneficiary on the payment order for the wire transfer.

7. My staff has reviewed records of Bridges's wire activity. Below is a list of certain wire transfers originated by Bridges and that CACU identified as anomalous or unusual:

| Date | Beneficiary | Amount |
|---|---|---|
| 5/24/21 | Coinbase Inc | $ 179,050.00 |
| 6/28/21 | JOSEPH GAD INC | $ 295,000.00 |
| 9/16/21 | COINBASE INC | $ 94,350.00 |
| 3/14/23 | TESLA MOTORS INC | $ 66,571.50 |
| 6/26/23 | GRAZIELA LLC | $ 41,500.00 |
| 8/18/23 | PREMIER PRIVE LLC | $ 124,000.00 |
| 8/21/23 | CHUNG P LUK | $ 20,130.00 |
| 9/12/23 | PREMIER PRIVE LLC | $ 97,900.00 |
| 10/3/23 | PREMIER PRIVE LLC | $ 18,297.00 |
| 10/31/23 | PREMIER PRIVE LLC | $ 61,044.00 |
| 11/13/23 | PREMIER PRIVE LLC | $ 197,986.00 |
| 12/18/23 | PREMIER PRIVE LLC | $ 12,500.00 |
| 1/3/24 | PREMIER PRIVE LLC | $ 73,830.00 |
| 4/29/24 | TIFFANY & COMPANY US SALES LLC | $ 378,780.00 |
| 5/7/24 | PREMIER PRIVE LLC | $ 31,950.00 |
| 6/3/24 | PREMIER PRIVE LLC | $ 97,750.00 |

8. In April, 2026, CACU identified additional transactions at JAFCU that raised concerns. Specifically, from January 1, 2025, to March 31, 2026, American Express, Apple Card, and Chase originated at least 162 ACH debits to Bridges' account at JAFCU for a total of $16,213,355.48. A list of these ACH debits are attached as Exhibit A.

9. CACU has also identified a number of checks which were presented for payment on Bridges' account between April 2019 and March 2026 that appeared unusual, including the following:

| Check Presentment Date | Payee | Amount |
|---|---|---|
| 4/1/19 | Brown's Fine Art & Framing | $ 20,409.64 |
| 4/2/19 | FYPM Investments LLC | $ 32,500.00 |
| 4/22/19 | Big Johns Tree Service | $ 8,250.00 |
| 5/20/19 | Gary Graves Landscapes Inc | $ 13,500.00 |
| 5/20/19 | Wilson & Wilson Irrigation | $ 4,212.00 |
| 7/1/19 | Craig Wilkinson Inc | $ 88,947.39 |
| 7/18/19 | Courtney Peters Interior Design | $ 23,251.32 |
| 8/1/19 | Cox Pools | $ 59,027.50 |
| 8/5/19 | Craig Wilkinson Inc | $ 107,483.03 |
| 8/27/19 | Pete Moore Chevrolet Inc | $ 29,912.50 |
| 9/4/19 | Courtney Peters Interior Design | $ 62,636.22 |
| 10/21/19 | Mercedes Benz Porsche of Jackson | $ 1,000.00 |
| 11/29/19 | Craig Wilkinson Inc | $ 250,635.31 |
| 12/4/19 | Mercedes Benz Porsche of Jackson | $ 79,497.75 |
| 12/16/19 | Courtney Peters Interior Design | $ 25,084.08 |
| 12/26/19 | Cox Pools | $ 21,081.25 |
| 1/13/20 | Gary Graves Landscapes Inc | $ 8,694.00 |
| 1/17/20 | AJ Construction | $ 19,260.00 |
| 1/22/20 | Cox Pools | $ 4,216.25 |
| 2/10/20 | Courtney Peters Interior Design | $ 32,009.85 |
| 2/10/20 | Craig Wilkinson Inc | $ 153,184.24 |
| 2/12/20 | Ferguson | $ 46,871.72 |
| 5/1/20 | Wilson & Wilson Irrigation | $ 15,848.80 |
| 5/4/20 | Craig Wilkinson Inc | $ 78,127.38 |
| 6/5/20 | Big Johns Tree Service | $ 1,800.00 |
| 7/21/20 | Independent Metal Craft LLC | $ 27,115.56 |
| 8/20/20 | Independent Metal Craft LLC | $ 8,769.60 |
| 9/15/20 | Higginbotham Automobiles LLC | $ 47,373.00 |

| | | |
|---|---|---|
| 9/24/20 | Brown's Fine Art & Framing | $ 13,450.67 |
| 6/21/21 | Steinway Piano Gallery | $ 64,650.00 |
| 4/4/22 | Steinway Piano Gallery | $ 64,650.00 |
| 12/20/22 | Brooks Collection | $ 57,200.00 |
| 1/9/23 | Brooks Collection | $ 40,000.00 |
| 11/1/23 | Courtney Peters Interior Design | $ 31,752.00 |
| 11/1/23 | Courtney Peters Interior Design | $ 6,048.00 |
| 11/13/23 | Brooks Collection | $ 109,134.00 |
| 12/12/23 | Courtney Peters Interior Design | $ 5,583.06 |
| 12/12/23 | Craig Wilkinson Inc | $ 74,420.19 |
| 1/22/24 | Craig Wilkinson Inc | $ 60,117.73 |
| 1/30/24 | Courtney Peters Interior Design | $ 63,819.90 |
| 2/26/24 | Coastal Copper | $ 2,030.00 |
| 2/26/24 | Ferguson | $ 5,333.39 |
| 3/11/24 | Brooks Poole | $ 9,500.00 |
| 3/11/24 | Graziela LLC | $ 35,050.00 |
| 3/11/24 | S Smith | $ 40,000.00 |
| 3/22/24 | Craig Wilkinson Inc | $ 81,925.44 |
| 5/21/24 | Brooks Collection | $ 88,560.00 |
| 6/12/24 | Graziela LLC | $ 24,450.00 |
| 7/18/24 | Brooks Collection | $ 12,841.20 |
| 7/22/24 | Tim Puckett | $ 10,000.00 |
| 7/24/24 | Craig Wilkinson Inc | $ 11,863.92 |
| 7/31/24 | Graziela LLC | $ 67,890.00 |
| 8/28/24 | Bank Plus | $ 80,000.00 |
| 9/11/24 | Brooks Collection | $ 52,444.80 |
| 9/25/24 | Brooks Collection | $ 33,469.20 |
| 10/8/24 | Brooks Collection | $ 36,612.00 |
| 10/10/24 | Brooks Collection | $ 30,240.00 |
| 10/16/24 | Brooks Collection | $ 68,180.40 |
| 11/8/24 | Brooks Collection | $ 35,110.80 |
| 11/21/24 | Brooks Collection | $ 38,917.80 |
| 12/3/24 | Brooks Collection | $ 328,968.00 |
| 12/16/24 | Brooks Collection | $ 132,192.00 |
| 12/24/24 | Brooks Collection | $ 9,072.00 |
| 12/27/24 | Brown's Fine Art & Framing | $ 12,096.00 |
| 1/9/25 | Leigh Bridges | $ 6,000.00 |
| 2/11/25 | Brooks Collection | $ 94,575.60 |
| 3/17/25 | Brooks Collection | $ 30,000.00 |
| 3/27/25 | Brooks Collection | $ 17,971.20 |
| 4/15/25 | Brooks Collection | $ 66,933.00 |

| | | |
|---|---|---|
| 4/23/25 | Brooks Collection | $ 36,963.00 |
| 5/6/25 | Brooks Collection | $ 344,466.00 |
| 7/1/25 | Brooks Collection | $ 48,319.00 |
| 7/1/25 | Brooks Poole | $ 3,700.00 |
| 7/24/25 | Brooks Collection | $ 109,339.20 |
| 7/31/25 | Brooks Collection | $ 67,275.36 |
| 8/12/25 | Brooks Collection | $ 50,787.00 |
| 8/19/25 | Brooks Collection | $ 35,424.00 |
| 9/3/25 | Brooks Collection | $ 400,000.00 |
| 9/18/25 | Brooks Collection | $ 100,000.00 |
| 9/23/25 | Brooks Collection | $ 147,420.00 |
| 10/31/25 | Brooks Collection | $ 51,202.80 |
| 11/4/25 | Brooks Collection | $ 8,726.40 |
| 11/12/25 | Brooks Collection | $ 43,416.00 |
| 11/21/25 | Brooks Collection | $ 200,087.20 |
| 12/16/25 | Brooks Collection | $ 74,482.20 |
| 3/10/26 | Brooks Collection | $ 212,155.20 |
| 3/24/26 | Brooks Collection | $ 102,600.00 |

10. CACU's investigation initially identified transactions totaling $22,453,999.67 which were transmitted from Bridges' account at JAFCU. Based on the information available to CACU, the source of funds to support this unusually high dollar spending was questionable. CACU attempted to determine the possible source of funds for this type of spending associated with Bridges's account. CACU systems show ACH credits associated with Bridges' account totaling only $88,142.96 from January 2025 to March 2026. The data shows that $86,131.41 of those credits were attributed to the payroll of Bridges's spouse, Chad Bridges, while only $2,011.10. was attributed to Bridges herself. CACU was not able to determine the source of funds for the debits exceeding $22,000,000. Accordingly, CACU notified NCUA of these concerns.

11. After CACU's initial investigation, NCUA requested CACU to run a transaction history on two additional accounts associated with Bridges. CACU identified the following transactions from these additional accounts as unusual:

| Business Date | DFI Account Number | Debit/ Credit | Amount | Individual Name/Receiving Company Name | Company Name |
|---|---|---|---|---|---|
| 1/2/24 | 5273101 | Debit | $7,980.29 | leigh Bridges | AMEX EPAYMENT |
| 1/2/24 | 5273101 | Debit | $139,411.40 | leigh Bridges | AMEX EPAYMENT |
| 1/12/24 | 5273101 | Debit | $145,445.13 | leigh Bridges | AMEX EPAYMENT |
| 1/17/24 | 5273101 | Debit | $159,086.56 | leigh Bridges | AMEX EPAYMENT |
| 2/9/24 | 5273101 | Debit | $144,142.94 | leigh Bridges | AMEX EPAYMENT |
| 2/16/24 | 5273101 | Debit | $440,199.48 | leigh Bridges | AMEX EPAYMENT |
| 3/7/24 | 5273101 | Debit | $200,000.00 | leigh Bridges | AMEX EPAYMENT |
| 3/12/24 | 5273101 | Debit | $196,864.73 | leigh Bridges | AMEX EPAYMENT |
| 3/22/24 | 5273101 | Debit | $142,363.12 | leigh Bridges | AMEX EPAYMENT |
| 4/2/24 | 5273101 | Debit | $115,981.69 | leigh Bridges | AMEX EPAYMENT |
| 4/8/24 | 5273101 | Debit | $282,063.78 | leigh Bridges | AMEX EPAYMENT |
| 4/12/24 | 5273101 | Debit | $100,000.00 | leigh Bridges | AMEX EPAYMENT |
| 4/22/24 | 5273101 | Debit | $101,335.62 | leigh Bridges | AMEX EPAYMENT |
| 5/9/24 | 5273101 | Debit | $36,000.00 | leigh Bridges | AMEX EPAYMENT |
| 5/22/24 | 5273101 | Debit | $118,030.88 | leigh Bridges | AMEX EPAYMENT |
| 5/28/24 | 5273101 | Debit | $120,000.00 | leigh Bridges | AMEX EPAYMENT |
| 5/31/24 | 5273101 | Debit | $134,213.24 | leigh Bridges | AMEX EPAYMENT |
| 6/14/24 | 5273101 | Debit | $169,114.32 | leigh Bridges | AMEX EPAYMENT |
| 6/21/24 | 5273101 | Debit | $31,000.00 | leigh Bridges | AMEX EPAYMENT |
| 6/24/24 | 5273101 | Debit | $25,000.00 | leigh Bridges | American Express |
| 7/1/24 | 5273101 | Debit | $25,000.00 | leigh Bridges | American Express |
| 5/1/24 | 1691201 | Debit | $21,000.00 | LEIGH BRIDGES | AMEX EPAYMENT |
| 1/19/24 | 1691201 | Debit | $226,747.84 | LEIGH BRIDGES | AMEX EPAYMENT |
| 1/26/24 | 1691201 | Debit | $204,243.19 | LEIGH BRIDGES | AMEX EPAYMENT |
| 2/28/24 | 1691201 | Debit | $73,573.18 | LEIGH BRIDGES | AMEX EPAYMENT |
| 3/7/24 | 1691201 | Debit | $25,000.00 | LEIGH BRIDGES | AMEX EPAYMENT |
| 3/8/24 | 1691201 | Debit | $150,000.00 | LEIGH BRIDGES | AMEX EPAYMENT |
| 3/19/24 | 1691201 | Debit | $105,527.59 | LEIGH BRIDGES | AMEX EPAYMENT |
| 4/12/24 | 1691201 | Debit | $100,000.00 | LEIGH BRIDGES | AMEX EPAYMENT |
| 4/18/24 | 1691201 | Debit | $100,000.00 | LEIGH BRIDGES | AMEX EPAYMENT |
| 4/26/24 | 1691201 | Debit | $100,000.00 | LEIGH BRIDGES | AMEX EPAYMENT |
| 4/26/24 | 1691201 | Debit | $26,000.00 | LEIGH BRIDGES | AMEX EPAYMENT |
| 5/6/24 | 1691201 | Debit | $69,599.67 | LEIGH BRIDGES | AMEX EPAYMENT |
| 5/13/24 | 1691201 | Debit | $185,000.00 | LEIGH BRIDGES | AMEX EPAYMENT |
| 7/12/24 | 1691201 | Debit | $144,489.00 | LEIGH BRIDGES | AMEX EPAYMENT |
| 1/12/24 | 1691201 | Debit | $150.00 | CHAD T BRIDGES | EXXON MOBIL CORP |
| 2/14/24 | 1691201 | Debit | $150.00 | CHAD T BRIDGES | EXXON MOBIL CORP |
| 3/14/24 | 1691201 | Debit | $150.00 | CHAD T BRIDGES | EXXON MOBIL CORP |
| 4/12/24 | 1691201 | Debit | $150.00 | CHAD T BRIDGES | EXXON MOBIL CORP |

| | | | | | |
|---|---|---|---|---|---|
| 5/14/24 | 1691201 | Debit | $150.00 | CHAD T BRIDGES | EXXON MOBIL CORP |
| 6/14/24 | 1691201 | Debit | $150.00 | CHAD T BRIDGES | EXXON MOBIL CORP |
| 7/12/24 | 1691201 | Debit | $150.00 | CHAD T BRIDGES | EXXON MOBIL CORP |
| 8/14/24 | 1691201 | Debit | $150.00 | CHAD T BRIDGES | EXXON MOBIL CORP |
| 1/12/24 | 1691201 | Debit | $7,500.00 | BRIDGES,CHAD/LEIGH | RAYMOND JAMES & |
| 2/14/24 | 1691201 | Debit | $7,500.00 | BRIDGES,CHAD/LEIGH | RAYMOND JAMES & |
| 3/6/24 | 1691201 | Debit | $325,000.00 | BRIDGES,CHAD/LEIGH | RAYMOND JAMES & |
| 3/14/24 | 1691201 | Debit | $7,500.00 | BRIDGES,CHAD/LEIGH | RAYMOND JAMES & |
| 4/12/24 | 1691201 | Debit | $7,500.00 | BRIDGES,CHAD/LEIGH | RAYMOND JAMES & |
| 5/14/24 | 1691201 | Debit | $7,500.00 | BRIDGES,CHAD/LEIGH | RAYMOND JAMES & |
| 6/14/24 | 1691201 | Debit | $7,500.00 | BRIDGES,CHAD/LEIGH | RAYMOND JAMES & |
| 6/28/24 | 1691201 | Debit | $350,000.00 | BRIDGES,CHAD/LEIGH | RAYMOND JAMES & |
| 7/2/24 | 1691201 | Debit | $250,000.00 | BRIDGES,CHAD/LEIGH | RAYMOND JAMES & |
| 1/11/24 | 1691201 | Credit | $928.52 | LEIGH J BRIDGES | The RealReal |
| 2/14/24 | 1691201 | Credit | $19,588.05 | LEIGH J BRIDGES | The RealReal |
| 3/14/24 | 1691201 | Credit | $626.50 | LEIGH J BRIDGES | The RealReal |
| 4/12/24 | 1691201 | Credit | $43,352.70 | LEIGH J BRIDGES | The RealReal |
| 5/14/24 | 1691201 | Credit | $26,642.30 | LEIGH J BRIDGES | The RealReal |
| 6/13/24 | 1691201 | Credit | $4,130.63 | LEIGH J BRIDGES | The RealReal |

12. CACU has not undertaken an exhaustive investigation at this time and the transactions identified that are related to Bridges' account may not constitute a full transaction history.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2026.

Lauren Howle
Chief Strategy Officer
Corporate America Credit Union

Exhibit A - ACH Debit Transactions

| Effective Entry Date | Settlement Date | Business Date | Company Name | Amount | Individual Name/Receiving Company Name |
|---|---|---|---|---|---|
| 1/3/2025 | 1/3/2025 | 1/3/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 1/6/2025 | 1/6/2025 | 1/3/2025 | AMEX EPAYMENT | $217,745.54 | LEIGH JAMES BRIDGES |
| 1/9/2025 | 1/9/2025 | 1/8/2025 | CHASE CREDIT CRD | $9,309.68 | LEIGH N BRIDGES |
| 1/14/2025 | 1/14/2025 | 1/13/2025 | APPLECARD GSBANK | $26,919.06 | Leigh Bridges |
| 1/23/2025 | 1/23/2025 | 1/22/2025 | AMEX EPAYMENT | $165,105.39 | LEIGH JAMES BRIDGES |
| 1/27/2025 | 1/27/2025 | 1/24/2025 | AMEX EPAYMENT | $75,000.00 | LEIGH JAMES BRIDGES |
| 1/27/2025 | 1/27/2025 | 1/24/2025 | CHASE CREDIT CRD | $946.63 | BRIDGES LEIGH N |
| 1/30/2025 | 1/30/2025 | 1/29/2025 | APPLECARD GSBANK | $23,688.71 | Leigh Bridges |
| 1/30/2025 | 1/30/2025 | 1/29/2025 | AMEX EPAYMENT | $316,000.00 | LEIGH JAMES BRIDGES |
| 1/30/2025 | 1/30/2025 | 1/29/2025 | AMEX EPAYMENT | $650.00 | LEIGH JAMES BRIDGES |
| 2/5/2025 | 2/5/2025 | 2/4/2025 | AMEX EPAYMENT | $123,462.74 | LEIGH JAMES BRIDGES |
| 2/12/2025 | 2/12/2025 | 2/11/2025 | AMEX EPAYMENT | $197,639.39 | LEIGH JAMES BRIDGES |
| 2/14/2025 | 2/14/2025 | 2/13/2025 | APPLECARD GSBANK | $15,670.95 | Leigh Bridges |
| 2/18/2025 | 2/18/2025 | 2/14/2025 | CHASE CREDIT CRD | $16,179.39 | LEIGH N BRIDGES |
| 2/25/2025 | 2/25/2025 | 2/24/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 2/25/2025 | 2/25/2025 | 2/24/2025 | AMEX EPAYMENT | $224,308.40 | LEIGH JAMES BRIDGES |
| 2/25/2025 | 2/25/2025 | 2/24/2025 | CHASE CREDIT CRD | $1,621.20 | BRIDGES LEIGH N |
| 2/28/2025 | 2/28/2025 | 2/27/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 2/28/2025 | 2/28/2025 | 2/27/2025 | AMEX EPAYMENT | $55,660.08 | LEIGH JAMES BRIDGES |
| 2/28/2025 | 2/28/2025 | 2/27/2025 | AMEX EPAYMENT | $19,102.22 | LEIGH JAMES BRIDGES |
| 3/4/2025 | 3/4/2025 | 3/3/2025 | AMEX EPAYMENT | $238,805.37 | LEIGH JAMES BRIDGES |
| 3/11/2025 | 3/11/2025 | 3/10/2025 | AMEX EPAYMENT | $252,500.00 | LEIGH JAMES BRIDGES |
| 3/12/2025 | 3/12/2025 | 3/11/2025 | CHASE CREDIT CRD | $6,616.39 | LEIGH N BRIDGES |
| 3/12/2025 | 3/12/2025 | 3/11/2025 | CHASE CREDIT CRD | $201.29 | LEIGH N BRIDGES |
| 3/12/2025 | 3/12/2025 | 3/11/2025 | APPLECARD GSBANK | $38,306.43 | Leigh Bridges |
| 3/14/2025 | 3/14/2025 | 3/13/2025 | AMEX EPAYMENT | $100,000.00 | LEIGH JAMES BRIDGES |
| 3/17/2025 | 3/17/2025 | 3/17/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 3/18/2025 | 3/18/2025 | 3/17/2025 | AMEX EPAYMENT | $141,202.73 | LEIGH JAMES BRIDGES |
| 3/20/2025 | 3/20/2025 | 3/19/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 3/24/2025 | 3/24/2025 | 3/21/2025 | AMEX EPAYMENT | $1.98 | LEIGH JAMES BRIDGES |
| 4/1/2025 | 4/1/2025 | 3/31/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 4/7/2025 | 4/7/2025 | 4/4/2025 | AMEX EPAYMENT | $197,305.87 | LEIGH JAMES BRIDGES |
| 4/8/2025 | 4/8/2025 | 4/7/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 4/14/2025 | 4/14/2025 | 4/11/2025 | APPLECARD GSBANK | $30,284.28 | Leigh Bridges |
| 4/16/2025 | 4/16/2025 | 4/15/2025 | AMEX EPAYMENT | $261,472.54 | LEIGH JAMES BRIDGES |
| 4/25/2025 | 4/25/2025 | 4/24/2025 | AMEX EPAYMENT | $160,000.00 | LEIGH JAMES BRIDGES |
| 4/25/2025 | 4/25/2025 | 4/24/2025 | CHASE CREDIT CRD | $112.82 | BRIDGES LEIGH N |
| 4/28/2025 | 4/28/2025 | 4/25/2025 | AMEX EPAYMENT | $100,000.00 | LEIGH JAMES BRIDGES |
| 4/28/2025 | 4/28/2025 | 4/25/2025 | AMEX EPAYMENT | $108,000.00 | LEIGH JAMES BRIDGES |
| 5/1/2025 | 5/1/2025 | 4/30/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 5/1/2025 | 5/1/2025 | 4/30/2025 | AMEX EPAYMENT | $157,777.00 | LEIGH JAMES BRIDGES |
| 5/6/2025 | 5/6/2025 | 5/5/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 5/9/2025 | 5/9/2025 | 5/8/2025 | AMEX EPAYMENT | $225,000.00 | LEIGH JAMES BRIDGES |
| 5/12/2025 | 5/12/2025 | 5/12/2025 | AMEX EPAYMENT | $105,000.00 | LEIGH JAMES BRIDGES |
| 5/13/2025 | 5/13/2025 | 5/12/2025 | AMEX EPAYMENT | $1,219.08 | LEIGH JAMES BRIDGES |
| 5/13/2025 | 5/13/2025 | 5/12/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 5/14/2025 | 5/14/2025 | 5/13/2025 | APPLECARD GSBANK | $12,981.90 | Leigh Bridges |
| 5/14/2025 | 5/14/2025 | 5/13/2025 | CHASE CREDIT CRD | $1,632.41 | BRIDGES LEIGH |
| 5/15/2025 | 5/15/2025 | 5/14/2025 | AMEX EPAYMENT | $118,240.50 | LEIGH JAMES BRIDGES |
| 5/16/2025 | 5/16/2025 | 5/15/2025 | AMEX EPAYMENT | $228,888.00 | LEIGH JAMES BRIDGES |
| 5/23/2025 | 5/23/2025 | 5/22/2025 | AMEX EPAYMENT | $125,000.00 | LEIGH JAMES BRIDGES |
| 5/27/2025 | 5/27/2025 | 5/27/2025 | CHASE CREDIT CRD | $203.14 | BRIDGES LEIGH N |
| 5/28/2025 | 5/28/2025 | 5/27/2025 | AMEX EPAYMENT | $180,000.00 | LEIGH JAMES BRIDGES |
| 6/2/2025 | 6/2/2025 | 5/30/2025 | AMEX EPAYMENT | $125,000.00 | LEIGH JAMES BRIDGES |
| 6/3/2025 | 6/3/2025 | 6/2/2025 | AMEX EPAYMENT | $131,582.19 | LEIGH JAMES BRIDGES |
| 6/9/2025 | 6/9/2025 | 6/9/2025 | AMEX EPAYMENT | $162,050.00 | LEIGH JAMES BRIDGES |
| 6/10/2025 | 6/10/2025 | 6/9/2025 | AMEX EPAYMENT | $134,500.00 | LEIGH JAMES BRIDGES |

| | | | | | |
|---|---|---|---|---|---|
| 6/11/2025 | 6/11/2025 | 6/10/2025 | APPLECARD GSBANK | $30,863.03 | Leigh Bridges |
| 6/13/2025 | 6/13/2025 | 6/12/2025 | AMEX EPAYMENT | $2,606.63 | LEIGH JAMES BRIDGES |
| 6/16/2025 | 6/16/2025 | 6/13/2025 | AMEX EPAYMENT | $8,174.55 | LEIGH JAMES BRIDGES |
| 6/16/2025 | 6/16/2025 | 6/13/2025 | AMEX EPAYMENT | $100,000.00 | LEIGH JAMES BRIDGES |
| 6/18/2025 | 6/18/2025 | 6/17/2025 | AMEX EPAYMENT | $155,400.24 | LEIGH JAMES BRIDGES |
| 6/23/2025 | 6/23/2025 | 6/23/2025 | AMEX EPAYMENT | $346.98 | LEIGH JAMES BRIDGES |
| 6/23/2025 | 6/23/2025 | 6/23/2025 | APPLECARD GSBANK | $38,167.91 | Leigh Bridges |
| 6/25/2025 | 6/25/2025 | 6/24/2025 | AMEX EPAYMENT | $125,377.09 | LEIGH JAMES BRIDGES |
| 6/25/2025 | 6/25/2025 | 6/24/2025 | AMEX EPAYMENT | $160,000.00 | LEIGH JAMES BRIDGES |
| 6/25/2025 | 6/25/2025 | 6/24/2025 | CHASE CREDIT CRD | $19.95 | BRIDGES LEIGH N |
| 6/27/2025 | 6/27/2025 | 6/26/2025 | AMEX EPAYMENT | $350,000.00 | LEIGH JAMES BRIDGES |
| 6/27/2025 | 6/27/2025 | 6/26/2025 | AMEX EPAYMENT | $100,000.00 | LEIGH JAMES BRIDGES |
| 6/30/2025 | 6/30/2025 | 6/30/2025 | AMEX EPAYMENT | $159,000.00 | LEIGH JAMES BRIDGES |
| 7/3/2025 | 7/3/2025 | 7/2/2025 | AMEX EPAYMENT | $75,000.00 | LEIGH JAMES BRIDGES |
| 7/7/2025 | 7/7/2025 | 7/3/2025 | AMEX EPAYMENT | $62,880.37 | LEIGH JAMES BRIDGES |
| 7/7/2025 | 7/7/2025 | 7/3/2025 | AMEX EPAYMENT | $75,000.00 | LEIGH JAMES BRIDGES |
| 7/11/2025 | 7/11/2025 | 7/10/2025 | CHASE CREDIT CRD | $9,286.33 | LEIGH N BRIDGES |
| 7/11/2025 | 7/11/2025 | 7/10/2025 | CHASE CREDIT CRD | $1,223.80 | LEIGH N BRIDGES |
| 7/11/2025 | 7/11/2025 | 7/10/2025 | AMEX EPAYMENT | $197,244.92 | LEIGH JAMES BRIDGES |
| 7/14/2025 | 7/14/2025 | 7/14/2025 | APPLECARD GSBANK | $20,031.14 | Leigh Bridges |
| 7/18/2025 | 7/18/2025 | 7/17/2025 | AMEX EPAYMENT | $46,303.62 | LEIGH JAMES BRIDGES |
| 7/21/2025 | 7/21/2025 | 7/18/2025 | AMEX EPAYMENT | $200,000.00 | LEIGH JAMES BRIDGES |
| 7/21/2025 | 7/21/2025 | 7/21/2025 | AMEX EPAYMENT | $160,000.00 | LEIGH JAMES BRIDGES |
| 7/24/2025 | 7/24/2025 | 7/23/2025 | AMEX EPAYMENT | $0.99 | LEIGH JAMES BRIDGES |
| 7/28/2025 | 7/28/2025 | 7/28/2025 | AMEX EPAYMENT | $81,373.21 | LEIGH JAMES BRIDGES |
| 7/31/2025 | 7/31/2025 | 7/30/2025 | AMEX EPAYMENT | $152,000.00 | LEIGH JAMES BRIDGES |
| 8/1/2025 | 8/1/2025 | 7/31/2025 | AMEX EPAYMENT | $101,000.00 | LEIGH JAMES BRIDGES |
| 8/1/2025 | 8/1/2025 | 7/31/2025 | AMEX EPAYMENT | $85,000.00 | LEIGH JAMES BRIDGES |
| 8/4/2025 | 8/4/2025 | 8/4/2025 | AMEX EPAYMENT | $252,528.36 | LEIGH JAMES BRIDGES |
| 8/6/2025 | 8/6/2025 | 8/5/2025 | AMEX EPAYMENT | $128,000.00 | LEIGH JAMES BRIDGES |
| 8/11/2025 | 8/11/2025 | 8/8/2025 | AMEX EPAYMENT | $225,000.00 | LEIGH JAMES BRIDGES |
| 8/13/2025 | 8/13/2025 | 8/12/2025 | AMEX EPAYMENT | $3,971.33 | LEIGH JAMES BRIDGES |
| 8/14/2025 | 8/14/2025 | 8/13/2025 | APPLECARD GSBANK | $10,475.70 | Leigh Bridges |
| 8/14/2025 | 8/14/2025 | 8/13/2025 | CHASE CREDIT CRD | $202.96 | BRIDGES LEIGH |
| 8/20/2025 | 8/20/2025 | 8/19/2025 | AMEX EPAYMENT | $173,694.87 | LEIGH JAMES BRIDGES |
| 8/20/2025 | 8/20/2025 | 8/19/2025 | AMEX EPAYMENT | $101,000.00 | LEIGH JAMES BRIDGES |
| 8/22/2025 | 8/22/2025 | 8/21/2025 | AMEX EPAYMENT | $156,067.68 | LEIGH JAMES BRIDGES |
| 8/25/2025 | 8/25/2025 | 8/25/2025 | CHASE CREDIT CRD | $78.60 | BRIDGES LEIGH N |
| 8/26/2025 | 8/26/2025 | 8/25/2025 | AMEX EPAYMENT | $200,000.00 | LEIGH JAMES BRIDGES |
| 8/28/2025 | 8/28/2025 | 8/27/2025 | AMEX EPAYMENT | $225,000.00 | LEIGH JAMES BRIDGES |
| 9/2/2025 | 9/2/2025 | 8/29/2025 | AMEX EPAYMENT | $197,014.04 | LEIGH JAMES BRIDGES |
| 9/3/2025 | 9/3/2025 | 9/2/2025 | AMEX EPAYMENT | $104,084.43 | LEIGH JAMES BRIDGES |
| 9/8/2025 | 9/8/2025 | 9/8/2025 | AMEX EPAYMENT | $54,578.99 | LEIGH JAMES BRIDGES |
| 9/8/2025 | 9/8/2025 | 9/8/2025 | AMEX EPAYMENT | $91,187.56 | LEIGH JAMES BRIDGES |
| 9/10/2025 | 9/10/2025 | 9/9/2025 | AMEX EPAYMENT | $166,999.71 | LEIGH JAMES BRIDGES |
| 9/12/2025 | 9/12/2025 | 9/11/2025 | AMEX EPAYMENT | $243,910.80 | LEIGH JAMES BRIDGES |
| 9/15/2025 | 9/15/2025 | 9/12/2025 | AMEX EPAYMENT | $2,181.09 | LEIGH JAMES BRIDGES |
| 9/15/2025 | 9/15/2025 | 9/15/2025 | CHASE CREDIT CRD | $13,206.88 | BRIDGES LEIGH |
| 9/15/2025 | 9/15/2025 | 9/15/2025 | APPLECARD GSBANK | $33,365.48 | Leigh Bridges |
| 9/17/2025 | 9/17/2025 | 9/16/2025 | AMEX EPAYMENT | $113,580.71 | LEIGH JAMES BRIDGES |
| 9/25/2025 | 9/25/2025 | 9/24/2025 | CHASE CREDIT CRD | $19.95 | BRIDGES LEIGH N |
| 9/26/2025 | 9/26/2025 | 9/25/2025 | AMEX EPAYMENT | $40,031.27 | LEIGH JAMES BRIDGES |
| 9/29/2025 | 9/29/2025 | 9/29/2025 | APPLECARD GSBANK | $49,883.94 | Leigh Bridges |
| 10/1/2025 | 10/1/2025 | 9/30/2025 | AMEX EPAYMENT | $267,300.00 | LEIGH JAMES BRIDGES |
| 10/6/2025 | 10/6/2025 | 10/3/2025 | AMEX EPAYMENT | $157,500.00 | LEIGH JAMES BRIDGES |
| 10/9/2025 | 10/9/2025 | 10/8/2025 | AMEX EPAYMENT | $262,000.00 | LEIGH JAMES BRIDGES |
| 10/14/2025 | 10/14/2025 | 10/14/2025 | APPLECARD GSBANK | $346.60 | Leigh Bridges |
| 10/14/2025 | 10/14/2025 | 10/14/2025 | CHASE CREDIT CRD | $1,089.94 | BRIDGES LEIGH |

| | | | | | |
|---|---|---|---|---|---|
| 10/20/2025 | 10/20/2025 | 10/17/2025 | AMEX EPAYMENT | $102,900.00 | LEIGH JAMES BRIDGES |
| 10/20/2025 | 10/20/2025 | 10/17/2025 | AMEX EPAYMENT | $258,000.00 | LEIGH JAMES BRIDGES |
| 10/22/2025 | 10/22/2025 | 10/21/2025 | AMEX EPAYMENT | $162,727.26 | LEIGH JAMES BRIDGES |
| 10/24/2025 | 10/24/2025 | 10/23/2025 | AMEX EPAYMENT | $258,631.22 | LEIGH JAMES BRIDGES |
| 10/27/2025 | 10/27/2025 | 10/27/2025 | CHASE CREDIT CRD | $647.96 | BRIDGES LEIGH N |
| 10/28/2025 | 10/28/2025 | 10/27/2025 | AMEX EPAYMENT | $279,538.05 | LEIGH JAMES BRIDGES |
| 11/3/2025 | 11/3/2025 | 11/3/2025 | AMEX EPAYMENT | $138,060.11 | LEIGH JAMES BRIDGES |
| 11/4/2025 | 11/4/2025 | 11/3/2025 | AMEX EPAYMENT | $260,580.75 | LEIGH JAMES BRIDGES |
| 11/4/2025 | 11/4/2025 | 11/3/2025 | APPLECARD GSBANK | $38,531.87 | Leigh Bridges |
| 11/10/2025 | 11/10/2025 | 11/10/2025 | AMEX EPAYMENT | $200,984.93 | LEIGH JAMES BRIDGES |
| 11/12/2025 | 11/12/2025 | 11/10/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 11/12/2025 | 11/12/2025 | 11/12/2025 | AMEX EPAYMENT | $198,500.00 | LEIGH JAMES BRIDGES |
| 11/13/2025 | 11/13/2025 | 11/12/2025 | AMEX EPAYMENT | $189,258.60 | LEIGH JAMES BRIDGES |
| 11/18/2025 | 11/18/2025 | 11/17/2025 | AMEX EPAYMENT | $179,047.36 | LEIGH JAMES BRIDGES |
| 11/18/2025 | 11/18/2025 | 11/17/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 11/20/2025 | 11/20/2025 | 11/20/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 11/21/2025 | 11/21/2025 | 11/20/2025 | AMEX EPAYMENT | $152,154.14 | LEIGH JAMES BRIDGES |
| 11/25/2025 | 11/25/2025 | 11/24/2025 | APPLECARD GSBANK | $29,491.45 | Leigh Bridges |
| 11/25/2025 | 11/25/2025 | 11/24/2025 | American Express | $25,000.00 | LEIGH JAMES BRIDGES |
| 11/25/2025 | 11/25/2025 | 11/24/2025 | AMEX EPAYMENT | $162,000.00 | LEIGH JAMES BRIDGES |
| 11/25/2025 | 11/25/2025 | 11/24/2025 | CHASE CREDIT CRD | $1,746.38 | BRIDGES LEIGH N |
| 12/5/2025 | 12/5/2025 | 12/4/2025 | AMEX EPAYMENT | $263,113.68 | LEIGH JAMES BRIDGES |
| 12/8/2025 | 12/8/2025 | 12/8/2025 | AMEX EPAYMENT | $205,000.00 | LEIGH JAMES BRIDGES |
| 12/12/2025 | 12/12/2025 | 12/11/2025 | APPLECARD GSBANK | $24,337.99 | Leigh Bridges |
| 12/15/2025 | 12/15/2025 | 12/15/2025 | CHASE CREDIT CRD | $2,749.10 | BRIDGES LEIGH |
| 12/18/2025 | 12/18/2025 | 12/17/2025 | AMEX EPAYMENT | $144,318.69 | LEIGH JAMES BRIDGES |
| 12/22/2025 | 12/22/2025 | 12/19/2025 | AMEX EPAYMENT | $250,000.00 | LEIGH JAMES BRIDGES |
| 12/26/2025 | 12/26/2025 | 12/26/2025 | CHASE CREDIT CRD | $19.95 | BRIDGES LEIGH N |
| 12/29/2025 | 12/29/2025 | 12/26/2025 | AMEX EPAYMENT | $265,465.76 | LEIGH JAMES BRIDGES |
| 1/5/2026 | 1/5/2026 | 1/5/2026 | AMEX EPAYMENT | $230,000.00 | LEIGH JAMES BRIDGES |
| 1/13/2026 | 1/13/2026 | 1/12/2026 | AMEX EPAYMENT | $208,244.40 | LEIGH JAMES BRIDGES |
| 1/14/2026 | 1/14/2026 | 1/13/2026 | APPLECARD GSBANK | $13,553.29 | Leigh Bridges |
| 1/15/2026 | 1/15/2026 | 1/14/2026 | CHASE CREDIT CRD | $34.25 | BRIDGES LEIGH |
| 1/26/2026 | 1/26/2026 | 1/26/2026 | AMEX EPAYMENT | $111,000.00 | LEIGH JAMES BRIDGES |
| 1/26/2026 | 1/26/2026 | 1/26/2026 | CHASE CREDIT CRD | $353.31 | BRIDGES LEIGH N |
| 1/26/2026 | 1/26/2026 | 1/26/2026 | APPLECARD GSBANK | $5,329.16 | Leigh Bridges |
| 1/30/2026 | 1/30/2026 | 1/29/2026 | AMEX EPAYMENT | $237,658.72 | LEIGH JAMES BRIDGES |
| 2/2/2026 | 2/2/2026 | 2/2/2026 | APPLECARD GSBANK | $48,904.94 | Leigh Bridges |
| 2/17/2026 | 2/17/2026 | 2/17/2026 | CHASE CREDIT CRD | $2,592.18 | BRIDGES LEIGH |
| 2/25/2026 | 2/25/2026 | 2/24/2026 | CHASE CREDIT CRD | $505.08 | BRIDGES LEIGH N |
| 2/27/2026 | 2/27/2026 | 2/26/2026 | AMEX EPAYMENT | $70,480.53 | LEIGH JAMES BRIDGES |
| 3/16/2026 | 3/16/2026 | 3/13/2026 | APPLECARD GSBANK | $6,681.84 | Leigh Bridges |
| 3/16/2026 | 3/16/2026 | 3/13/2026 | AMEX EPAYMENT | $160,000.00 | LEIGH JAMES BRIDGES |
| 3/19/2026 | 3/19/2026 | 3/18/2026 | AMEX EPAYMENT | $200,000.00 | LEIGH JAMES BRIDGES |
| 3/25/2026 | 3/25/2026 | 3/24/2026 | CHASE CREDIT CRD | $106.98 | BRIDGES LEIGH N |
| 3/30/2026 | 3/30/2026 | 3/30/2026 | AMEX EPAYMENT | $150,000.00 | LEIGH JAMES BRIDGES |
| 3/30/2026 | 3/30/2026 | 3/30/2026 | APPLECARD GSBANK | $46,610.60 | Leigh Bridges |