UNITED STATES OF AMERICA
NATIONAL CREDIT UNION ADMINISTRATION
ALEXANDRIA, VA 22314

| | |
|---|---|
| *In the Matter of Jackson Area Federal Credit Union, Charter No 8445, Jackson Mississippi* | Case No. 26-0023-SR |

## <u>DECLARATION OF MICAHEL STANISLAO</u>

I, Michael Stanislao, declare, pursuant to 28 U.S.C. § 1746, the following to be a true and correct:

1.     I am a contract employee with the National Credit Union Administration ("NCUA" or "the agency"), and I have worked for the agency in this capacity for almost three years.  In my position, I generally work in assisting the NCUA's Asset Management Assistance Center ("AMAC") with projects related to asset recovery and collection.  AMAC is the branch of the agency that manages assets acquired from both operating and liquidating credit unions, among other functions.  Before working for NCUA, I previously worked for the FDIC for over five years as an Investigations Specialist in its Resolutions and Receiverships office, and have held several positions with banks and other financial-services companies.  In my various positions, I have assisted with more than one hundred investigations relevant to financial fraud, working in coordination with many different federal agencies.

2.     Based on my background with both asset recovery and financial fraud investigation, I was specially assigned to work on a project related to Jackson Area Federal Credit Union (JAFCU or "credit union").  After the credit union was conserved by NCUA, I was tasked with reviewing spreadsheets generated from JAFCU records for the share accounts of Leigh and Chad Bridges.  I was also tasked with investigating the assets of Leigh and Chad Bridges as well as general background information concerning them.

3.      Using internet search platforms, I researched background information concerning Leigh and Chad Bridges.  My research showed that Leigh and Chad Bridges are a married couple who reside in Jackson, Mississippi.  My research also leads me to believe that Chad Bridges is an employee of the State of Mississippi.

4.      I additionally researched what assets are owned by Leigh and Chad Bridges using public record searches.  This search revealed five residential homes titled to them. The addresses of those properties are:

    i.   3826 Sleepy Hollow, Jackson, MS 39211
    ii.  2085 Great Southern Road, Hazelhurst, MS 39083
    iii. 29500 Perdido Beach Blvd, Apt 702, Orange Beach, AL 36561
    iv.  257 Eastbrook St, Jackson, MS 39216

At least the first, third, and fourth property listed are jointly titled to Leigh and Chad Bridges.

5.      According to Zillow.com, a frequently-used website containing property records, information, and estimated values, these residential properties are valued at $639,727, $158,300, $1,198,300, and $369,200, respectively.  The properties are therefore estimated to be worth the total amount of $2,365,527.

6.      An article in the Mississippi Magazine's July/August issue, available online, details the home of Chad and Leigh Bridges. The article shows numerous photographs of the Bridges's home that feature fine furnishings and fixtures. One room appears to contain luxury handbags and shoes, while the kitchen appears to contain a set of Tiffany & Co. coffee and teacup set.

7.      Using public records searches, I also found several automobiles titled to Leigh and Chad Bridges.  They include:

    i.   2026 Tesla Model Y
    ii.  2021 Mercedes-Benz GLA 250
    iii. 2020 Mercedes-Benz G 550
    iv.  2023 Tesla Model Y

2

8. Using a basic Google search, these vehicles are valued between $41,988 - $47,900, $17,660 - $20,420, $85,000 - $115,000, and $25,000 - $36,000, respectively. The vehicles are therefore estimated to be worth the total amount of between $169,648 and $219,320.

9. I was provided spreadsheets generated from JAFCU records for the share accounts of Leigh and Chad Bridges. Specifically, I was provided two spreadsheets for JAFCU share accounts of Chad Bridges with entries from May 1, 2019 until May 4, 2026. I was also provided one spreadsheet for the JACCU share account of Leigh Bridges with entries from December 14, 2015 until July 18, 2024. The description for the final entry of that spreadsheet dated July 18, 2024, reads "CLOSE – CONSOLIDATING[,]" suggesting that the share account was closed on that date.

10. As of May 4, 2026, Chad Bridge's share accounts at JAFCU equaled the total amount of $1,381,245.77. No funds are in Leigh Bridges' share account, and none have been there since July 18, 2024.

11. In reviewing spreadsheets generated from JAFCU records for the share accounts of Leigh and Chad Bridges, I observed that millions of dollars in funds were transferred out of those accounts, including to the transferees Raymond James Financial and American Express. In addition, Payments to Craig-Wilkinson Inc., Courtney Peters Interior Design, Coinbase Global, Inc., Tiffany & Co, and Premier Prive, were all made through Chad Bridge's JAFCU share accounts. I understand that those transactions were identified in a declaration of an employee of a corporate credit union with which JAFCU does business which is being submitted contemporaneously with my declaration.

12. In addition, transfers of over $300,000 of funds were made from Chad and Leigh Bridges' share accounts with JAFCU to family members of Leigh Bridges. Almost $200,00 of

3

those transfers were from the JAFCU share accounts of Chad Bridges. I was able to identify those persons as family members of Leigh Bridges using public records searches.

13. In communicating with NCUA Problem Case Officer Ethan Meyer, who is also submitting a declaration in this matter, I understand that the descriptions in the entries in the spreadsheets generated from JAFCU records for the share accounts of Leigh and Chad Bridges with the transaction code "SDIT" are false entries in that no funds were being transferred from an external source, but rather the funds were being transferred from the general ledger of JAFCU to the share accounts of Leigh and Chad Bridges. The false "EFT" transactions list financial institutions such as Acorns Investing, JP Morgan Chase Bank, and Raymond James financial as sources of funds, among other sources. Aggregating those transactions from the information for the share accounts of Leigh and Chad Bridges shows over $51 million dollars in false entries from the year 2015 until the present. Between May 1, 2019, and May 4, 2026, there were approximately $13.8 million dollars in false entries in the spreadsheets for the JAFCU share accounts of Chad Bridges.

14. The spreadsheets that I was provided with show that between May 1, 2019 and May 4, 2026, possibly legitimate funds coming into Chad Bridge's share accounts at JAFCU for his salary totaled $397,035.13 (approximately $56,719.30 per year) after payroll deductions. During that same period, funds coming into Chad Bridge's share accounts at JAFCU for Leigh Bridge's salary totaled $705,637.40 (approximately $100,805.35 per year) after payroll deductions.

///

///

///

4

I declare under penalty of perjury that the foregoing is true and correct. Executed on

May __12__, 2026.


*Michael Stanislao, CFE*

Michale Stanislao
Contract Employee
Asset Management Assistance Center
National Credit Union Administration

5