# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JUN - 2 2026

ARTHUR JOHNSTON
BY _____ DEPUTY

| | | |
|---|---|---|
| National Credit Union Administration Board | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:26-CV-00343 |
| Leigh Bridges and Chad Bridges | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Leigh Bridges
_____
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  05/29/2026
_____

_____
*Signature of the attorney or unrepresented party*

Alysson Mills
*Printed name*

650 Poydras Street Suite 1525
New Orleans, Louisiana 70130

*Address*

alysson@alyssonmills.com
*E-mail address*

504-586-5253
*Telephone number*

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| National Credit Union Administration Board | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Leigh Bridges and Chad Bridges | ) |
| _Defendant_ | ) |

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JUN - 2 2026

ARTHUR JOHNSTON
BY _____ DEPUTY

Civil Action No.   3:26-CV-00343

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Chad Bridges

_(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)_

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   30  days _(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)_ from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:      05/29/2026

_Signature of the attorney or unrepresented party_

Alysson Mills
_Printed name_

650 Poydras Street Suite 1525
New Orleans, Louisiana 70130

_Address_

alysson@alyssonmills.com
_E-mail address_

504-586-5253
_Telephone number_