UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

-------------------------------------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION
BOARD, in its capacity as conservator of
Jackson Area Federal Credit Union,

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN - 2 2026

BY ARTHUR JOHNSTON
DEPUTY

                                    Plaintiff,

                    v.                                  Case No.: 3:26-cv-343-DPJ-RPM
                                                        Hon. Daniel P. Jordan
LEIGH BRIDGES and CHAD BRIDGES,                         Hon. Robert P. Myers, Jr.

                                    Defendants.

-------------------------------------------------------------------X

## DECLARATION OF SERVICE AND/ OR DELIVERY

I, Charles Lindsay, state under penalty of perjury that the following is true and correct
to the best of my knowledge:

1.    On Friday, May 29, 2026, counsel for plaintiff National Credit Union Administration
Board ("NCUAB") provided me two packets, one each for defendants Leigh Bridges and Chad
Bridges.

2.    Each packet included a waiver of service of process and a copy of all filings in this
case to-date, including the complaint and temporary restraining orders.

3.    The waivers of service of process, which NCUAB's counsel prepared, are attached.

4.    On Friday, May 29, 2026, I personally served one packet on Leigh Bridges herself at
the home that she and Chad Bridges share.

5.    Also on Friday, May 29, 2026, I left another packet at Chad Bridge's place of work
with Mary Ellen Dillard, administrative assistant to Mississippi Insurance Commissioner Mike
Chaney.

6.     I performed these tasks at NCUAB's counsel's request, so that Leigh Bridges and Chad Bridges would have notice of the documents in the packets.

DATED:  June 1, 2026

Charles Lindsay

**Charles Lindsay** Personally Appeared before me today JUN 0 1 2026

STATE OF MISSISSIPPI
JASON SMITH
ID# 289851
NOTARY PUBLIC
Comm. Expires
March 1, 2029
RANKIN COUNTY