# Alysson Mills

alysson@alyssonmills.com | t/f: 504-586-5253

June 1, 2026

*Via FedEx:*

Clerk of Court
U.S. District Court for the Southern District of Mississippi
501 E. Court Street Suite 2.500
Jackson, Mississippi 39201

      Re:    *NCUAB v. Leigh and Chad Bridges*, No. 3:26-cv-00343 (S.D. Miss.)

Dear Clerk of Court:

The Court permitted me to file the above-styled civil action under seal, for the reasons stated in the motion to seal and accompanying memorandum filed May 14, 2026 [Docs. 2, 3, 4].

On May 29, 2026, I caused all filings to be served on Defendants Leigh and Chad Bridges, such that they now have notice not only of this civil action but also of the extended temporary restraining order. In lieu of a summons, I have provided them waivers of service to execute if they choose. A declaration of service is attached.

Because the reasons for sealing no longer exist, this civil action now may be unsealed. [Doc. 9 at ¶1 ("This action will remain sealed until NCUAB files proof of service of the summons, complaint, and this Order on both Defendants. Upon completion of the foregoing, the NCUAB may request that the Clerk of the Court unseal this case without further direction from this Court.").

Accordingly, I respectfully ask that you unseal this civil action so that the parties may use the Court's CM/ECF filing system going forward.

Respectfully,

*Alysson Mills*

Alysson Mills

Enclosure:
Declaration of service