UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

-----------------------------------------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION
BOARD, in its capacity as conservator of
Jackson Area Federal Credit Union,

                      Plaintiff,

                    v.

LEIGH BRIDGES and CHAD BRIDGES,

                      Defendants.

-----------------------------------------------------------------------X

Case No.: 3:26-cv-343-DPJ-RPM
Hon. Daniel P. Jordan
Hon. Robert P. Myers, Jr.

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
AGAINST DEFENDANTS, PREJUDGMENT ATTACHMENT OF
DEFENDANTS' ACCOUNTS AND ASSETS, AND IMPOSITION
OF A TRUSTEESHIP ON CERTAIN PROPERTY OF DEFENDANTS**

The National Credit Union Administration Board ("NCUAB"), acting in its capacity as conservator of Jackson Area Federal Credit Union ("JAFCU"), in accordance with Rule 65 of the Federal Rules of Civil Procedure and 12 U.S.C. §§ 1787(b)(2)(G), (H), moves this Court for a preliminary injunction against Defendants Leigh and Chad Bridges (collectively "Defendants"), for a prejudgment attachment of Defendants' accounts and assets, and for the imposition of a trusteeship on certain property of Defendants. The NCUAB is specifically requesting a preliminary injunction enjoining Defendants from transferring any of their property or the funds within their accounts, for a prejudgment attachment of assets within the jurisdiction of this Court, and for the Court to take control of certain property of the Defendants with the NCUAB serving as trustee, as fully described in the proposed order submitted with this motion. The requested

relief is more fully explained in the memorandum of law contemporaneously filed with this motion.

The other documents supporting this motion include:

(a)   Exhibit A, conservatorship order;

(b)   Exhibit B, wire transfer sheet;

(c)   the declaration of Corporate America Credit Union Chief Strategy Officer Lauren Howle;

(d)   the declaration of former JAFCU board member Rick Hill;

(e)   the declaration of NCUA credit union examiner Damien Baylor;

(f)   the declaration of NCUA supervisory credit union examiner Timothy O'Quinn;

(g)   the declaration of NCUA problem case officer Ethan Meyer; and

(h)   the updated declaration of NCUA contract employee Michael Stanislao.

Copies of these documents, and the proposed order, are all attached to this motion.

The purpose of this motion is to convert the existing temporary restraining order ("TRO") into an order that persists until a final judgment is entered in this case.  The TRO was entered by this Court without notice to the Defendants on May 14, 2026.  *See* ECF No. 7.  Before that order expired, this Court granted the NCUAB's motion to extend the TRO until such time as the Court has decided this motion.  *See* ECF No. 9.  Although the TRO was issued without notice to the Defendants, a process server personally served a copy of the TRO, and all other docket entries in this case to date, upon Leigh Bridges on May 29, 2026.  On that same date, the process server delivered those same papers to an administrative assistant who works at the office where Chad Bridges is employed.  The NCUAB has confirmed actual notice of the TRO to both Defendants, has unsealed this case, and will provide Defendants with notice of this motion so that this Court

2

can, if necessary, schedule a prompt hearing on this motion, as provided for by Fed. R. Civ. P. 65(b)(3).

**WHEREFORE,** Plaintiff NCUAB requests a preliminary injunction against Defendants, a prejudgment attachment of Defendants' accounts and assets, and the imposition of a trusteeship on certain property of Defendants as detailed more precisely in the proposed order that accompanies this motion.

Respectfully submitted,

June 3, 2026

_____

Alysson Mills, Mississippi Bar No. 102861

650 Poydras Street Suite 1525
New Orleans, Louisiana 70130
t/f: 504-586-5253
alysson@alyssonmills.com

*Counsel for Plaintiff*
NATIONAL CREDIT UNION ADMINISTRATION BOARD,
acting in its capacity as conservator of
JACKSON AREA FEDERAL CREDIT UNION

3

**CERTIFICATE OF SERVICE**

I, Alysson Mills, certify that on June 3, 2026, I caused a true copy of Plaintiff's Motion for Preliminary Injunction Against Defendants, Prejudgment Attachment of Defendants' Accounts and Assets, and Imposition of a Trusteeship on Certain Property of Defendants to be delivered by Federal Express to the Defendants at the following address:

Leigh and Chad Bridges
3826 Sleepy Hollow
Jackson, Mississippi

I further certify that a copy of the same was sent by electronic mail to Leigh Bridges at lucyleighjames@aol.com, Chad Bridges at chad.bridges@msdh.ms.gov, and John Colette at colettelawms@gmail.com.

_____

Alysson Mills

4