Exhibit A

**UNITED STATES OF AMERICA**
**NATIONAL CREDIT UNION ADMINISTRATION**
Alexandria, Virginia

| | |
|---|---|
| In the Matter of<br>the Conservatorship of<br><br>**JACKSON AREA**<br>**FEDERAL CREDIT UNION**<br><br>Charter No. 08445 | )<br>)<br>)<br>)   NCUA Docket No. 26-0025-SR<br>)<br>)<br>)<br>)<br>) |

## ORDER OF CONSERVATORSHIP

TO:    The Board of Directors and Officials
Jackson Area Federal Credit Union
5675 Hwy 18 W
Jackson, MS 39204

Notice is hereby given that, pursuant to Sections 206(h)(1)(A) of the Federal Credit Union Act ("the Act"), 12 U.S.C. § 1786(h)(1)(A), the National Credit Union Administration Board ("NCUA Board") has appointed itself Conservator of JACKSON AREA FEDERAL CREDIT UNION (hereinafter "JAFCU"), Charter Number 08445, a federally insured credit union, for the reasons set forth in the Confidential Statement of Grounds for Conservatorship ("Confidential Statement"), incorporated herein by reference.

By this appointment, the NCUA Board as Conservator is exercising its lawful authority to *ex parte,* and without notice, immediately take possession and control of the business, assets, facilities, and records of JAFCU.

Pursuant to Section 206(h)(8) of the Act, 12 U.S.C. § 1786(h)(8), this Order is effective upon service and the Conservator is forthwith vested with all powers of the members, the directors, the officers, and the committees of JAFCU. The Board of Directors and management are ordered forthwith to cease all activity on behalf of JAFCU. Any business purportedly conducted on behalf of JAFCU following service of this Order may subject the members of the Board of Directors and management to civil and/or criminal liability.

The Board of Directors of JAFCU, its officers, employees, and agents, are hereby ORDERED immediately to turn over and release to the duly appointed Agent and sub-agents for the Conservator all books, records, accounts, documents, attorney work product, assets, and property, both real and personal, of every description, belonging to JAFCU.

### Appointment of Agent and Sub-Agents of Conservator

Pursuant to Section 206(h)(6) of the Act, 12 U.S.C. § 1786(h)(6), Cory Phariss, Acting Regional Director of the NCUA Southern Region, and his successor(s), are hereby appointed Agent for the Conservator of JAFCU. The following persons are hereby appointed sub-agents of the Agent for the Conservator:

> Robert Parrish
> Nicole Whaley
> Ethan Meyer
> Lilian Bain
> Alicia "Ruth" Potter
> Marquita Lewis
> Francisco "Javier" Garcia
> Tim O'Quinn
> Damien Baylor
> Jennifer Allen
> Anna Jones
> Meredith Robinson
> Thomas Lux
> Dan Semore

The Agent for the Conservator is authorized to appoint by letter such additional sub-agents as he deems necessary.

### Authority of Agent and Sub-Agents for the Conservator

The Agent for the Conservator and his sub-agents each possess all the authority delegable to such agents of the NCUA Board under Sections 207(b)(2), (b)(12) - (16), (c), (g), (h) of the Act, 12 U.S.C. §§ 1787(b)(2), (b)(12) - (16), (c), (g), (h), including but not limited to the authority to:

(a)    maintain possession and control of the business, assets, records, and property of JAFCU;

(b)    sell, enforce collection of and liquidate all such assets and property;

(c)    operate, manage and transact the business of JAFCU;

(d)    repudiate agreements, contracts and leases to which JAFCU is a party;

(e)    compound all bad and doubtful debts;

(f)    make distribution and payment to creditors and members as their interests may appear;

(g)    sue in the name of the Conservator or its Agent or in the name of JAFCU;

(h)    defend such actions as may be brought against the Conservator, its Agent or JAFCU;

(i)        receive, examine, and pass upon claims made against JAFCU;

(j)        execute such documents on behalf of JAFCU and to do such other things as may be necessary to conduct the business of JAFCU;

(k)        assign, extend, discharge in whole or in part, or foreclose (including making an entry to foreclose) any mortgage, or deed of trust, or real or personal property standing in the name of JAFCU individually or held by JAFCU in any fiduciary capacity, and to subordinate the lien of any such mortgage, or deed of trust, to any other mortgage, or deed of trust, lease, or other interest, and to initiate and to defend any action with respect to any such mortgage, or deed of trust;

(l)        sell, lease, convey, grant assessments or other interest in, enter agreements with respect to, and to initiate and to defend any action with respect to any real estate acquired by JAFCU individually, by virtue of the foreclosure, or held by JAFCU in any fiduciary capacity; and

(m)        sign, seal with the corporate seal, acknowledge and deliver all pleadings, affidavits, deeds, contracts, releases, discharges, certificates, leases, assents, grants, and other instruments necessary or appropriate to carry out the foregoing powers, and such execution shall in each case be conclusive as to the authority of the executing officer.

### Grounds for Conservatorship

Pursuant to Sections 206(h)(1)(A) of the Federal Credit Union Act, 12 U.S.C. §1786(h)(1)(A), the NCUA Board has determined that conservatorship is necessary to conserve JAFCU assets, to protect the interest of its members, and to protect the National Credit Union Share Insurance Fund ("Insurance Fund"). The grounds for imposing this conservatorship are summarized in the Confidential Statement, which is incorporated by reference in this Order.

### Non-Publication of Grounds for Conservatorship

Because JAFCU will continue to operate during the conservatorship, public disclosure of the nature of the grounds supporting this Order (as set forth in the Confidential Statement) could cause damage to JAFCU or otherwise undermine the ability of the Conservator to maintain normal operations of JAFCU, to protect its assets, the interests of its members, the Insurance Fund, and others. Accordingly, it is hereby ORDERED that the contents of the Confidential Statement shall not be disclosed or otherwise made public except to the extent authorized by the Agent or sub-agents for the Conservator or as otherwise ordered by a court of competent jurisdiction.

**Opportunity to Consent or to Apply For Relief**

The Board of Directors of JAFCU may consent to this conservatorship action or, no later than ten (10) days after this Order is served, may apply, pursuant to Section 206(h)(3), 12 U.S.C. § 1786(h)(3), to the United States District Court for either the District of Columbia or the judicial district in which JAFCU main office is located for an order requiring the NCUA Board to show cause why it should not be enjoined from continuing possession and control of JAFCU as Conservator.

NATIONAL CREDIT UNION
ADMINISTRATION BOARD

By: MELANE CONYERS-AUSBROOKS

Digitally signed by MELANE CONYERS-AUSBROOKS
Date: 2026.05.06 10:36:09 -04'00'

Melane Conyers-Ausbrooks
Secretary of the Board

Dated:  May 6, 2026

CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 20____, I personally served a copy of the foregoing "Order of Conservatorship" and "Confidential Statement of Grounds for Conservatorship" upon Jackson Area Federal Credit Union by handing a copy of each to:

_____,

whose title is_____.

_____
Agent for the Conservator