**Exhibit B**

## Security Procedures –

Members Full Name: Leigh James Bridges     Phone Number: ███ 7153

Address: 3826 Sleepy Holw

Jackson, MS 39211

Social Security Number: ███████     Date of Birth: ███ 1970

Mother's Maiden Name: ███████

## Wiring Instructions –

Receiving Financial Institution: JP Morgan Chase     Routing #: ██████ 021

Address: 270 Park Ave., New York, NY 10017

Intermediate\Beneficiary Financial Institution: _____

Account Number: _____

Address: _____

Beneficiary Name: RAYMOND JAMES Address: 808     Account Number: ████ 051

Carllon Way St Petersburg, FLJ 3376

Phone Number: _____     Other Information: Bridges, Chad & Leigh

## Verification\Approval –

Initiated by: _____     _RCM_ 3:30pm

Wire Sequence Number from Corporate America: _____     _R Wayne Cannon_

*** **Please Read the Following Before Signing this Document** ***

I, LJB _____, hereby state that, "I am NOT sending this wire in relation to a
(Member's Name)
letter or check I received in the US Mail."

Member Signature: _____     Date: 04/29/2024