UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATIONAL CREDIT UNION
ADMINISTRATION BOARD,
in its capacity as conservator of
Jackson Area Federal Credit Union                                        **PLAINTIFF**

VS.                                      CIVIL ACTION NO.: 3:26-cv-343-DPJ-RPM

LEIGH BRIDGES, CHAD BRIDGES
and TINA FUNEZ                                                          **DEFENDANTS**

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that W. Thomas McCraney, III and the law firm of

McCraney Montagnet Quin and Noble, PLLC hereby appears as counsel for

Defendant Chad Bridges and request service of all notices and papers filed herein.

RESPECTFULLY SUBMITTED, this the 28th day of July, 2026.

**CHAD BRIDGES**

By: ___*/s/ W. Thomas McCraney, III*___
W. Thomas McCraney, III

OF COUNSEL:

W. Thomas McCraney, III (MSB# 10171)
William M. Quin II (MSB# 10834)
Sean R. Guy (MSB# 100362
MCCRANEY MONTAGNET QUIN & NOBLE, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:    (601) 707-5725
Facsimile:    (601) 510-2939
tmccraney@mmqnlaw.com
wquin@mmqnlaw.com
sguy@mmqnlaw.com

2

## CERTIFICATE OF SERVICE

I, W. Thomas McCraney, III, do hereby certify that the foregoing pleading was filed electronically through the Court's CM/ECF system and served electronically on all parties enlisted to receive service electronically.

**THIS** the 28th day of July, 2026.

                                                     */s/ W. Thomas McCraney, III*
                                                     W. Thomas McCraney, III