**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**NATIONAL CREDIT UNION**
**ADMINISTRATION BOARD,**
**in its capacity as conservator of**
**Jackson Area Federal Credit Union**                                          **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO.: 3:26-cv-343-DPJ-RPM**

**LEIGH BRIDGES, CHAD BRIDGES**
**and TINA FUNEZ**                                                        **DEFENDANTS**

---

**NOTICE OF APPEARANCE**

---

     **PLEASE TAKE NOTICE** that William M. Quin II, with the law firm of McCraney Montagnet Quin & Noble, PLLC, hereby enters his appearance as counsel for Defendant Chad Bridges and requests service of all notices and papers filed herein.

     **RESPECTFULLY SUBMITTED**, on this 28th day of July, 2026.

                  **CHAD BRIDGES**

                  By:    /s/ *William M. Quin II*
                        William M. Quin II

OF COUNSEL:

W. Thomas McCraney, III (MS Bar No. 10171)
William M. Quin II (MS Bar No. 10834)
Sean R. Guy (MS Bar No. 100362
MCCRANEY MONTAGNET QUIN & NOBLE, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:    (601) 707-5725
Facsimile:    (601) 510-2939
Email:        tmccraney@mmqnlaw.com
             wquin@mmqnlaw.com
             sguy@mmqnlaw.com

- 2 -

**CERTIFICATE OF SERVICE**

I, William M. Quin II, do hereby certify that the foregoing pleading was filed electronically through the Court's CM/ECF system and served electronically on all parties enlisted to receive service electronically.

**SO CERTIFIED**, on this 28th day of July, 2026.

/s/ *William M. Quin II*