**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**NATIONAL CREDIT UNION**
**ADMINISTRATION BOARD,**
**in its capacity as conservator of**
**Jackson Area Federal Credit Union**                                                **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO.: 3:26-cv-343-DPJ-RPM**

**LEIGH BRIDGES, CHAD BRIDGES**
**and TINA FUNEZ**                                                **DEFENDANTS**

---

### NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that Sean R. Guy and the law firm of McCraney Montagnet Quin and Noble, PLLC hereby appears as counsel for Defendant Chad Bridges and request service of all notices and papers filed herein.

RESPECTFULLY SUBMITTED, this the 3rd day of August, 2026.

**CHAD BRIDGES**

By: *    /s/ Sean R. Guy    *
              Sean R. Guy

OF COUNSEL:

W. Thomas McCraney, III (MSB# 10171)
William M. Quin II (MSB# 10834)
Sean R. Guy (MSB# 100362
MCCRANEY MONTAGNET QUIN & NOBLE, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:    (601) 707-5725
Facsimile:    (601) 510-2939
tmccraney@mmqnlaw.com
wquin@mmqnlaw.com
sguy@mmqnlaw.com

2

## CERTIFICATE OF SERVICE

I, Sean R. Guy, do hereby certify that the foregoing pleading was filed electronically through the Court's CM/ECF system and served electronically on all parties enlisted to receive service electronically.

**THIS** the 3rd day of August, 2026.

_/s/ Sean R. Guy_
Sean R. Guy

2