UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATIONAL CREDIT UNION
ADMINISTRATION BOARD,
in its capacity as conservator of
Jackson Area Federal Credit Union                                    PLAINTIFF

VS.                                    CIVIL ACTION NO.: 3:26-cv-343-DPJ-RPM

LEIGH BRIDGES, CHAD BRIDGES
and TINA FUNEZ                                                       DEFENDANTS

---

### SEPARATE ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CHAD BRIDGES TO AMENDED COMPLAINT

---

Defendant Chad Bridges ("Chad"), by and through counsel, hereby files his Separate Answer and Affirmative Defenses to Plaintiff's Amended Complaint, as follows:

#### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Amended Complaint fails to state a claim for relief against this Defendant and should therefore be dismissed.

#### SECOND AFFIRMATIVE DEFENSE

Defendant was a mere title holder and innocent owner of any property that may have been acquired through the alleged acts forming the basis of Plaintiff's Amended Complaint.

#### THIRD AFFIRMATIVE DEFENSE

Defendant lacked knowledge of and did not participate in the alleged acts forming the basis of Plaintiff's Amended Complaint.

## FOURTH AFFIRMATIVE DEFENSE

Defendant generally denies all substantive allegations which assert any wrongdoing on his part.

## FIFTH AFFIRMATIVE DEFENSE

Defendant denies any substantive allegations of wrongdoing that may be expressed or implied by the headings used in Plaintiff's Amended Complaint, which are included herein for reference only.

## SIXTH AFFIRMATIVE DEFENSE

The damages alleged by Plaintiff were caused by the acts or omissions of others and/or by Plaintiff's contributory negligence.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's damages must be reduced or offset by other recoveries it may receive.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff may have failed to mitigate its damages.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff pleads the exemptions set forth in Miss. Code Ann. § 85-3-1 and § 25-11-129, as applicable.

## ANSWER

The allegations contained in the unnumbered paragraph on pages 1-2 of the Amended Complaint state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

## PARTIES, JURISDICTION AND VENUE

1. The allegations contained in paragraph 1 of the Amended Complaint state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

2. The allegations contained in paragraph 2 of the Amended Complaint state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7, and on that basis, denies said allegations.

8. The allegations contained in Paragraph 8 of the Amended Complaint state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

9. The allegations contained in Paragraph 9 of the Amended Complaint state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

10. The allegations contained in Paragraph 10 of the Amended Complaint state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

DEFENDANTS' RELATIONSHIP WITH JAFCU

11. Defendant admits that Leigh was employed by JAFCU and at some point became president and CEO. Defendant lacks knowledge or information sufficient to form a belief as to the remaining allegations contained in Paragraph 11 and on that basis denies said allegations.

12. Defendant admits that Leigh was employed by JAFCU. Defendant lacks knowledge or information sufficient to form a belief as to the remaining allegations contained in Paragraph 12 and on that basis denies said allegations.

13. The allegations contained in Paragraph 13 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

14. Defendant admits that Leigh was placed on administrative leave. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 14 and on that basis denies the same.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15, and on that basis, denies said allegations.

16.     Defendant admits that he was generally aware of share accounts at JAFCU, that he was a "mere title holder" and that he did not exercise dominion or control over said share accounts. Defendant denies any involvement in or knowledge of the acts forming the basis of Plaintiff's Amended Complaint.

17.     Defendant admits that Funez was employed by JAFCU and was a family friend. Defendant lacks knowledge or information sufficient to form a belief as to the remaining allegations contained in Paragraph 17 of the Amended Complaint and on that basis denies said allegations.

## MISAPPROPRIATION OF JAFCU FUNDS

18.     The allegations contained in Paragraph 18 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

19.     The allegations contained in Paragraph 19 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

20.     The allegations contained in Paragraph 20 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

21. The allegations contained in Paragraph 21 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

22. The allegations contained in Paragraph 22 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

23. The allegations contained in Paragraph 23 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

24. The allegations contained in Paragraph 24 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

25. The allegations contained in Paragraph 25 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

26. The allegations contained in Paragraph 26 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

27.     The allegations contained in Paragraph 27 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

28.     The allegations contained in Paragraph 28 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

29.     The allegations contained in Paragraph 29 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

30.     The allegations contained in Paragraph 30 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

31.     The allegations contained in Paragraph 31 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

32. The allegations contained in Paragraph 32 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

33. The allegations contained in Paragraph 33 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

34. The allegations contained in Paragraph 34 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

35. The allegations contained in Paragraph 35 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

36. The allegations contained in Paragraph 36 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

37. The allegations contained in Paragraph 37 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

38. The allegations contained in Paragraph 38 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

39. The allegations contained in Paragraph 39 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

40. The allegations contained in Paragraph 40 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

41. The allegations contained in Paragraph 41 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

42. The allegations contained in Paragraph 42 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

43. The allegations contained in Paragraph 43 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

44. The allegations contained in Paragraph 44 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

45. The allegations contained in Paragraph 45 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

46. The allegations contained in Paragraph 46 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

47. The allegations contained in Paragraph 47 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

48. The allegations contained in Paragraph 48 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

49. The allegations contained in Paragraph 49 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

50. The allegations contained in Paragraph 50 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

51. The allegations contained in Paragraph 51 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

52. The allegations contained in Paragraph 52 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

## CHAD BRIDGES' SHARE ACCOUNTS WITH JAFCU

53. The allegations contained in Paragraph 53 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

54.    The allegations contained in Paragraph 54 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

55.    The allegations contained in Paragraph 55 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

56.    The allegations contained in Paragraph 56 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

57.    The allegations contained in Paragraph 57 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

58.    The allegations contained in Paragraph 58 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

59. Defendant admits that he was generally aware of share accounts at JAFCU, that he was a "mere title holder" and that he did not exercise dominion or control over said share accounts. Defendant denies any involvement in or knowledge of the acts forming the basis of Plaintiff's Amended Complaint.

60. Other than admitting that all financial accounts have been frozen, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60, and on that basis, denies said allegations.

61. Defendant admits that he was generally aware of share accounts at JAFCU, that he was a "mere title holder" and that he did not exercise dominion or control over said share accounts. Defendant denies any involvement in or knowledge of the acts forming the basis of Plaintiff's Amended Complaint.

62. The allegations contained in Paragraph 62 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

## TRANSACTIONS CONCERNING TINA FUNEZ

63. The allegations contained in Paragraph 63 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

64. The allegations contained in Paragraph 64 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

65. The allegations contained in Paragraph 65 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

66. The allegations contained in Paragraph 66 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

67. As to the allegations directed at Leigh, Defendant lacks sufficient knowledge or information to form belief as to the truth of said allegation and on that basis denies the same. As to the allegations directed at Defendant, the same are denied.

68. The allegations contained in Paragraph 68 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

69.    Other than to admit that financial assistance was provided to Funez, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69, and on that basis, denies the same.

70.    Defendant admits the first sentence of Paragraph 70 except that Funez no longer resides at this property. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies the same.

**COUNT I**
**FRAUDULENT MISREPRESENTATION**
**JAFCU FINANCIAL STATEMENTS**
**(LEIGH BRIDGES)**

71.    The allegations contained in paragraph 71 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

72.    The allegations contained in Paragraph 72 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

73.    The allegations contained in Paragraph 73 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

74.    The allegations contained in Paragraph 74 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

75. The allegations contained in Paragraph 75 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

76. The allegations contained in Paragraph 76 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

77. The allegations contained in Paragraph 77 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

78. The allegations contained in Paragraph 78 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

79. The allegations contained in Paragraph 79 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

## COUNT II
## FARUDULENT MISREPRESENTATION
## FINANCIAL TRANSACTIONS
## (LEIGH BRIDGES)

80.     The allegations contained in paragraph 80 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

81.     The allegations contained in Paragraph 81 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

82.     The allegations contained in Paragraph 82 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

83.     The allegations contained in Paragraph 83 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

84.     The allegations contained in Paragraph 84 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

85. The allegations contained in Paragraph 85 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

86. The allegations contained in Paragraph 86 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

87. The allegations contained in Paragraph 87 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

### COUNT III
### CONVERSION OF JAFCU FUNDS
### (LEIGH BRIDGES)

88. The allegations contained in paragraph 88 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

89. The allegations contained in Paragraph 89 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

90.    The allegations contained in Paragraph 90 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

91.    The allegations contained in Paragraph 91 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

92.    The allegations contained in Paragraph 92 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

93.    The allegations contained in Paragraph 93 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

## COUNT IV
## BREACH OF FIDUCIARY DUTY
### (LEIGH BRIDGES)

94.    The allegations contained in paragraph 88 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

95.   The allegations contained in Paragraph 95 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

96.   The allegations contained in Paragraph 96 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

97.   The allegations contained in Paragraph 97 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

98.   The allegations contained in Paragraph 98 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

99.   The allegations contained in Paragraph 99 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

## COUNT V
### PERSONAL LIABILITY PURSUANT TO 12 U.S.C. § 1787(b)
### (LEIGH BRIDGES)

100. The allegations contained in paragraph 88 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

101. The allegations contained in Paragraph 101 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

102. The allegations contained in Paragraph 102 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

103. The allegations contained in Paragraph 103 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

104. The allegations contained in Paragraph 104 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

105.     The allegations contained in Paragraph 105 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

## COUNT VI
## FRAUDULENT TRANSFERS PURSUANT TO 12 U.S.C. § 1787 (b)(16)(A)
## (LEIGH BRIDGES)

106.     The allegations contained in paragraph 106 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

107.     The allegations contained in paragraph 107 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

108.     The allegations contained in Paragraph 108 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

109.     The allegations contained in Paragraph 109 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

110.     The allegations contained in Paragraph 110 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

111.   The allegations contained in Paragraph 111 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

112.   The allegations contained in Paragraph 112 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

**COUNT VII**
**FRAUDULENT TRANSFERS PURSUANT TO MISS. CODE § 15-3-107**
**(LEIGH BRIDGES)**

113.   The allegations contained in paragraph 113 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

114.   The allegations contained in paragraph 114 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

115.   The allegations contained in paragraph 115 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

116. The allegations contained in Paragraph 116 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

117. The allegations contained in Paragraph 117 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

118. The allegations contained in Paragraph 118 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

119. The allegations contained in Paragraph 119 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

120. The allegations contained in paragraph 120 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

121. The allegations contained in Paragraph 121 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

## COUNT VIII
## FRAUDULENT TRANSFERS PURSUANT TO 12 U.S.C. § 1787 (b)(16)(A)
## (CHAD BRIDGES)

122. The allegations contained in paragraph 122 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

123. The allegations contained in paragraph 123 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

124. The allegations contained in Paragraph 124 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

125. The allegations contained in Paragraph 125 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

126. Denied.

127. Denied.

## COUNT IX
## FRAUDULENT TRANSFERS PURSUANT TO MISS. CODE § 15-3-107
## (CHAD BRIDGES)

128. The allegations contained in paragraph 128 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

129. The allegations contained in paragraph 129 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

130. The allegations contained in paragraph 130 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

131. The allegations contained in Paragraph 131 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

132. The allegations contained in Paragraph 132 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

133. The allegations contained in Paragraph 133 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

134. Denied.

135. Denied.

## COUNT X
## FRAUDULENT TRANSFERS PURSUANT TO 12 U.S.C. § 1787(b)(16)(A)
### (TINA FUNEZ)

136. The allegations contained in paragraph 138 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

137. The allegations contained in paragraph 137 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

138. The allegations contained in paragraph 138 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

139. The allegations contained in Paragraph 139 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

140. The allegations contained in Paragraph 140 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

141. The allegations contained in Paragraph 141 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

## COUNT XI
## FRAUDULENT TRANSFERS PURSUANT TO MISS. CODE § 15-3-107
## (TINE FUNEZ)

142. The allegations contained in paragraph 142 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

143. The allegations contained in paragraph 143 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

144. The allegations contained in paragraph 144 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

145. The allegations contained in paragraph 145 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

146. The allegations contained in Paragraph 146 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

147.    The allegations contained in Paragraph 147 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

148.    The allegations contained in Paragraph 148 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

149.    The allegations contained in Paragraph 149 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

## COUNT XII
## ENFORCEMENT OF CONSTRUCTIVE TRUST
### (ALL DEFENDANTS)

150.    The allegations contained in paragraph 150 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

151.    The allegations contained in Paragraph 151 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

152. The allegations contained in Paragraph 152 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

153. The allegations contained in Paragraph 153 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

154. The allegations contained in Paragraph 154 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

155. The allegations contained in Paragraph 155 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

156. The allegations contained in Paragraph 156 are not directed at this Defendant and do not require a response from this Defendant. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and on that basis denies the same.

## COUNT XIII
## RELIEF PURSUANT TO 12 U.S.C. § 1787(b)(2)(G)
## (ALL DEFENDANTS)

157. The allegations contained in paragraph 157 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

158. The allegations contained in paragraph 158 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

159. The allegations contained in paragraph 159 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

160. The allegations contained in paragraph 160 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

161. The allegations contained in paragraph 161 state legal and/or procedural conclusions to which no response is required. To the extent a response is required, Defendant denies said allegations.

As to the allegations contained in the unnumbered paragraphs on pages 26-28 of the Amended Complaint, including all sub-parts thereof, to the extent said allegations are directed at this Defendant, the same are denied.

WHEREFORE, for the above and foregoing reasons, Defendant requests that the Court enter a judgment dismissing the Amended Complaint and all claims

asserted therein and award him all other relief to that is just and equitable after due proceedings are held.

RESPECTFULLY SUBMITTED, this 11th day of August, 2026.

**CHAD BRIDGES**


By:  */s/ W. Thomas McCraney, III*
　　　W. Thomas McCraney, III

**OF COUNSEL:**

W. Thomas McCraney, III (MS Bar No. 10171)
William M. Quin II (MS Bar No. 10834
Sean R. Guy (MS Bar No. 100362
**McCRANEY MONTAGNET QUIN & NOBLE, PLLC**
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:   (601) 707-5725
tmccraney@mmqnlaw.com
wquin@mmqnlaw.com
sguy@mmqnlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, W. Thomas McCraney, III, Esq., do hereby certify that the foregoing pleading was filed electronically through the Court's CM/ECF system and served electronically on all parties enlisted to receive service electronically.

SO CERTIFIED, this 11th day of August, 2026.

*/s/ W. Thomas McCraney, III*
W. Thomas McCraney, III
