**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

NATIONAL CREDIT UNION ADMINISTRATION
BOARD, in its capacity as conservator of
Jackson Area Federal Credit Union,                                    PLAINTIFF

VS.                                            Case Number: 3:26-CV-343-DPJ-RPM

LEIGH BRIDGES, CHAD BRIDGES
and TINA FUNEZ                                                        DEFENDANTS

---

**Defendant Leigh Bridges' Motion for Stay of Civil Action**

---

COMES NOW, Defendant Leigh Bridges, by and through undersigned counsel, and files this her Motion for a stay in the Civil Action and would show unto the Court the following;

1.     On May 14, 2026, a complaint was filed in this action and amended on June 15, 2026 asserting claims and causes of action arising out of Defendant's employment at the Jackson Area Federal Credit Union.

2.     Thereafter, undersigned contacted the U.S. Attorney's Office for the Southern District of Mississippi and understood that criminal prosecution arising from the same conduct had commenced.

3.     Undersigned and Defendant later met with the Assistant United States Attorneys handling the prosecution who informed them that criminal charges will be filed.

4.     Due to pending criminal prosecution, your defendant requests a stay of the civil litigation to preserve her rights under the Fifth Amendment and related.

WHEREFORE PREMISES CONSIDERED, Defendant Leigh Bridges respectfully requests that the Court a stay the civil case until the parallel criminal case is resolved.

Respectfully submitted,

**LEIGH BRIDGES**

*/s/ John M. Colette*
John M. Colette | MSB 6376
Jeffrey M. Graves | MSB 104327
**JOHN M. COLETTE, PLLC**
501 S. State Street
Jackson, Mississippi 39201
601-355-6277 Office
601-355-6283 Facsimile
colettelawms@gmail.com
jmgraves.colettelawms@gmail.com

*Attorneys for Leigh Bridges*

**CERTIFICATE OF SERVICE**

I, John M. Colette, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of the same via email on all parties of record.

THIS, the 12th day of August 2026.

/s/ John M. Colette
John M. Colette