IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATIONAL CREDIT UNION ADMINISTRATION
BOARD, in its capacity as conservator of
Jackson Area Federal Credit Union,                                PLAINTIFF

VS.                                          Case Number: 3:26-CV-343-DPJ-RPM

LEIGH BRIDGES, CHAD BRIDGES
and TINA FUNEZ                                                   DEFENDANTS

---

**Entry of Appearance**

---

Attorney John M. Colette files his notice of entry as counsel of record for Defendant

Leigh Bridges in the cause referenced above and includes his current contact information below.

John M. Colette | MSB 6376
JOHN M. COLETTE, PLLC
501 S State Street
Jackson, Mississippi 39201
601-355-6277
colettelawms@gmail.com

This the 13th day of August 2026.

/s/ John M. Colette
John M. Colette | MSB 6376
Jeffrey M. Graves | MSB 104327
**JOHN M. COLETTE, PLLC**
501 South State Street
Jackson, Mississippi 39201
(601)355-6277 Office
(601)355-6283 Facsimile
colettelawms@gmail.com

**CERTIFICATE OF SERVICE**

I certify that I have this day filed the above document with the Clerk of the Court using the court's electronic filing system, which sent notification to all parties of record.

**This the 13th day of August 2026.**

*/s/ John M. Colette*
John M. Colette