EXHIBIT B

**Alysson Mills <alysson@alyssonmills.com>**

## RE: *EXTERNAL*Re: quitclaim deeds

**Tad McCraney** <tmccraney@mmqnlaw.com> Thu, Aug 6, 2026 at 5:43 PM
To: Alysson Mills <alysson@alyssonmills.com>, "John M. Colette" <colettelawms@gmail.com>

I will review and get back to you.

If Chad is willing to sign these deeds and relinquish any claim he may have to some of the equity in these properties, is your client willing to sign an Agreed Order modifying the pi to except his retirement accts from the freeze order as per Mississippi law? Chad is going to run out of money soon, and I don't know how your client expects him to pay his lawyers or the expenses required by the pi without some relief.

Thanks, Tad

---

**From:** Alysson Mills <alysson@alyssonmills.com>
**Sent:** Thursday, August 6, 2026 9:00 AM
**To:** John M. Colette <colettelawms@gmail.com>; Tad McCraney <tmccraney@mmqnlaw.com>
**Subject:** *EXTERNAL*Re: quitclaim deeds

**CAUTION:** This email originated from outside of the company. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Guys, I'm told Chad's address was incorrect, and I've fixed that in this set.

The NCUA also requires any security codes for the property, so please share that when you can if we don't already have it.

The NCUA has been paying a lot for security at Sleepy Hollow and wants to stop, but for insurance reasons it needs title first. Thank you for letting me know if there's any reason we can't get that done.

Alysson

On Tue, Aug 4, 2026 at 1:33 PM Alysson Mills <alysson@alyssonmills.com> wrote:

> John and Tad,

Attached are quitclaim deeds for the Bridges' real estate in Mississippi. I'm trying to find an Alabama lawyer to look at the deed for the Orange Beach condo. In the meantime please have a look at these and, if there's nothing off, have your clients execute.

Alysson

Alysson Mills

650 Poydras Street, Suite 1525

New Orleans, Louisiana 70130

direct t/f: 504-586-5253

alysson@alyssonmills.com

alyssonmills.com