EXHIBIT C

**Alysson Mills <alysson@alyssonmills.com>**

## RE: *EXTERNAL*Re: quitclaim deeds

**Tad McCraney** <tmccraney@mmqnlaw.com> Mon, Aug 17, 2026 at 2:13 PM
To: Alysson Mills <alysson@alyssonmills.com>, "John M. Colette" <colettelawms@gmail.com>

Alysson:

Unless and until we reach some agreement on Chad's access to his retirement accounts, we cannot agree to sign over his interest in these properties. We are finalizing a motion to modify/dissolve the PI as to Chad's retirement accts which are clearly exempt from pre-and/or post-judgment attachment under Miss. law. Per para. 19 of the PI order, we have attempted in good faith to confer with you about this issue but to no avail. As we discussed on the phone a few weeks ago, your client's previous proposal is a non-starter.

Also, please identify the expenses you contend have not been paid.

Thanks, Tad

---

**From:** Alysson Mills <alysson@alyssonmills.com>
**Sent:** Friday, August 14, 2026 4:51 PM
**To:** John M. Colette <colettelawms@gmail.com>; Tad McCraney <tmccraney@mmqnlaw.com>
**Subject:** *EXTERNAL*Re: quitclaim deeds

**CAUTION:** This email originated from outside of the company. Do not click links or open attachments unless you recognize the sender and know the content is safe.

John and Tad,

I'm resending here the three deeds I previously sent for the three properties in Mississippi and a fourth deed for the condo in Orange Beach.

My client is incurring substantial expenses to secure the Sleepy Hollow house that can be avoided by transfer of ownership. It is also aware that expenses for other properties (in particular, the condo in Orange Beach) have gone unpaid. It cannot afford to continue to incur avoidable expense and/or risk neglect and diminution in value. It intends to promptly take any actions available to it, including filing an appropriate motion, if your clients do not execute and return these deeds by close of business Tuesday.

Alysson

On Thu, Aug 6, 2026 at 8:59 AM Alysson Mills <alysson@alyssonmills.com> wrote:

> Guys, I'm told Chad's address was incorrect, and I've fixed that in this set.
>
> The NCUA also requires any security codes for the property, so please share that when you can if we don't already have it.
>
> The NCUA has been paying a lot for security at Sleepy Hollow and wants to stop, but for insurance reasons it needs title first. Thank you for letting me know if there's any reason we can't get that done.
>
> Alysson
>
> On Tue, Aug 4, 2026 at 1:33 PM Alysson Mills <alysson@alyssonmills.com> wrote:
>
>> John and Tad,
>>
>> Attached are quitclaim deeds for the Bridges' real estate in Mississippi. I'm trying to find an Alabama lawyer to look at the deed for the Orange Beach condo. In the meantime please have a look at these and, if there's nothing off, have your clients execute.
>>
>> Alysson
>>
>> Alysson Mills
>>
>> 650 Poydras Street, Suite 1525
>>
>> New Orleans, Louisiana 70130
>>
>> direct t/f: 504-586-5253
>>
>> alysson@alyssonmills.com
>>
>> alyssonmills.com