**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its capacity as conservator of Jackson Area Federal Credit Union,

*Plaintiff*,

v. Case No. 3:26-CV-343-DPJ-RPM

LEIGH BRIDGES, CHAD BRIDGES and TINA FUNEZ

*Defendants*.

---

**Separate Answer and Affirmative Defenses of Tina Funez to Amended Complaint**

---

COMES NOW Defendant Tina Funez, by and through her counsel, and files her response to Plaintiff's *Amended Complaint* as follows:

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Amended Complaint fails to state a claim for relief against this defendant and should therefore be dismissed.

**SECOND AFFIRMATIVE DEFENSE**

Defendant generally denies any and all substantive allegations which assert any wrongdoing on her part.

**THIRD AFFIRMATIVE DEFENSE**

Defendant generally denies any and all substantive allegations of any wrongdoing or intent that is or may be implied or expressed by the headings of the Amended Compliant, which are included by reference only.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant was a mere title holder and innocent owner of any property that may have been acquired through the alleged acts of others which form the basis of the Amended Complaint.

**FIFTH AFFIRMATIVE DEFENSE**

A portion of the alleged damages were caused by others and/or the contributory negligence of the Plaintiff. Defendant asserts all protections and rights available to her with respect to apportionment of fault to both parties and non-parties, as applicable.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's damages must be reduced or offset by other recoveries it may receive.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate its damages.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant lacked knowledge of and in no way participated in the alleged acts which form the basis of the Amended Complaint.

**NINTH AFFIRMATIVE DEFENSE**

Defendant pleads the exemptions set forth in Miss. Code Ann § 85-3-1 and § 256-11-129, as applicable.

**ANSWER**

The allegations contained in unnumbered paragraphs on pages 1-2 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

**Parties, Jurisdiction and Venue**

1. The allegations contained in paragraph 1 of the Amended Complaint state legal and procedural conclusions to which no response is required.

2. The allegations contained in paragraph 2 of the Amended Complaint state legal and procedural conclusions to which no response is required.

3. The allegations in Paragraph 3 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 3 of the Amended Complaint, and on that basis, Defendant denies the same.

4. The allegations in Paragraph 4 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 4 of the Amended Complaint, and on that basis, Defendant denies the same.

5. Admitted.

6. The allegations in Paragraph 4 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 4 of the Amended Complaint, and on that basis, Defendant denies the same.

7. Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 7 of the Amended Complaint, and on that basis, Defendant denies the allegations contained in Paragraph 7.

8. The allegations contained in Paragraph 8 of the Amended Complaint state legal and procedural conclusions to which no response is required.

9. The allegations contained in Paragraph 9 of the Amended Complaint state legal and procedural conclusions to which no response is required.

10. The allegations contained in Paragraph 10 of the Amended Complaint state legal and procedural conclusions to which no response is required.

**Defendant's Relationships with JAFCU**

11. The allegations in Paragraph 11 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant was aware that Leigh Bridges became the CEO of JAFCU at some point but lacks the requisite knowledge or information sufficient to answer any further allegations averred in paragraph 11 of the Amended Complaint, and on that basis, Defendant denies any allegations contained in Paragraph 11 other than stated herein.

12. The allegations in Paragraph 12 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant was aware that Leigh Bridges was employed by JAFCU at all times relevant to the Amended Complaint but lacks the requisite knowledge or information sufficient to answer any further allegations averred in paragraph 12 of the Amended Complaint, and on that basis, Defendant denies any allegations contained in Paragraph 12 other than stated herein.

13. The allegations in Paragraph 13 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 13 of the Amended Complaint, and on that basis, Defendant denies the same.

14. The allegations in Paragraph 14 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant was aware that Leigh Bridges was placed on administrative leave at some point but lacks the requisite knowledge or information sufficient to answer any further allegations averred in paragraph 14 of the Amended Complaint, and on that basis, Defendant denies any allegations contained in Paragraph 14 other than stated herein.

15. Admitted.

16. The allegations in Paragraph 16 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 16 of the Amended Complaint, and on that basis, Defendant denies the same.

17. Admitted.

**Misappropriation of JAFCU Funds**

18. The allegations in Paragraph 16 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations

averred in paragraph 18 of the Amended Complaint, and on that basis, Defendant denies the same.

19. The allegations in Paragraph 19 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 19 of the Amended Complaint, and on that basis, Defendant denies the same.

20. The allegations in Paragraph 20 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 20 of the Amended Complaint, and on that basis, Defendant denies the same.

21. The allegations in Paragraph 21 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 21 of the Amended Complaint, and on that basis, Defendant denies the same.

22. The allegations in Paragraph 22 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 22 of the Amended Complaint, and on that basis, Defendant denies the same.

23. The allegations in Paragraph 23 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 23 of the Amended Complaint, and on that basis, Defendant denies the same.

24. The allegations in Paragraph 24 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 24 of the Amended Complaint, and on that basis, Defendant denies the same.

25. The allegations in Paragraph 25 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 25 of the Amended Complaint, and on that basis, Defendant denies the same.

26. The allegations in Paragraph 26 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 26 of the Amended Complaint, and on that basis, Defendant denies the same.

27. The allegations in Paragraph 27 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations

averred in paragraph 27 of the Amended Complaint, and on that basis, Defendant denies the same.

28. The allegations in Paragraph 28 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 28 of the Amended Complaint, and on that basis, Defendant denies the same.

29. The allegations in Paragraph 29 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 29 of the Amended Complaint, and on that basis, Defendant denies the same.

30. The allegations in Paragraph 30 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 30 of the Amended Complaint, and on that basis, Defendant denies the same.

31. The allegations in Paragraph 31 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 31 of the Amended Complaint, and on that basis, Defendant denies the same.

32. The allegations in Paragraph 32 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 32 of the Amended Complaint, and on that basis, Defendant denies the same.

33. The allegations in Paragraph 33 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 33 of the Amended Complaint, and on that basis, Defendant denies the same.

34. The allegations in Paragraph 34 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 34 of the Amended Complaint, and on that basis, Defendant denies the same.

35. The allegations in Paragraph 35 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 35 of the Amended Complaint, and on that basis, Defendant denies the same.

36. The allegations in Paragraph 36 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations

averred in paragraph 36 of the Amended Complaint, and on that basis, Defendant denies the same.

37. The allegations in Paragraph 37 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 37 of the Amended Complaint, and on that basis, Defendant denies the same.

38. The allegations in Paragraph 38 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 38 of the Amended Complaint, and on that basis, Defendant denies the same.

39. The allegations in Paragraph 39 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 39 of the Amended Complaint, and on that basis, Defendant denies the same.

40. The allegations in Paragraph 40 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 40 of the Amended Complaint, and on that basis, Defendant denies the same.

41. The allegations in Paragraph 41 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 41 of the Amended Complaint, and on that basis, Defendant denies the same.

42. The allegations in Paragraph 42 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 42 of the Amended Complaint, and on that basis, Defendant denies the same.

43. The allegations in Paragraph 43 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 43 of the Amended Complaint, and on that basis, Defendant denies the same.

44. The allegations in Paragraph 44 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 44 of the Amended Complaint, and on that basis, Defendant denies the same.

45. The allegations in Paragraph 45 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations

averred in paragraph 45 of the Amended Complaint, and on that basis, Defendant denies the same.

46. The allegations in Paragraph 46 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 46 of the Amended Complaint, and on that basis, Defendant denies the same.

47. The allegations in Paragraph 47 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 47 of the Amended Complaint, and on that basis, Defendant denies the same.

48. The allegations in Paragraph 48 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 48 of the Amended Complaint, and on that basis, Defendant denies the same.

49. The allegations in Paragraph 49 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 49 of the Amended Complaint, and on that basis, Defendant denies the same.

50. The allegations in Paragraph 50 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 50 of the Amended Complaint, and on that basis, Defendant denies the same.

51. The allegations in Paragraph 51 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 51 of the Amended Complaint, and on that basis, Defendant denies the same.

52. The allegations in Paragraph 52 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 52 of the Amended Complaint, and on that basis, Defendant denies the same.

**Chad Bridges' Share Accounts with JAFCU**

53. The allegations in Paragraph 53 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 53 of the Amended Complaint, and on that basis, Defendant denies the same.

54. The allegations in Paragraph 54 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this

Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 54 of the Amended Complaint, and on that basis, Defendant denies the same.

55. The allegations in Paragraph 55 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 55 of the Amended Complaint, and on that basis, Defendant denies the same.

56. The allegations in Paragraph 56 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 56 of the Amended Complaint, and on that basis, Defendant denies the same.

57. The allegations in Paragraph 57 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 57 of the Amended Complaint, and on that basis, Defendant denies the same.

58. The allegations in Paragraph 58 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 58 of the Amended Complaint, and on that basis, Defendant denies the same.

59. The allegations in Paragraph 59 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 59 of the Amended Complaint, and on that basis, Defendant denies the same.

60. The allegations in Paragraph 60 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 60 of the Amended Complaint, and on that basis, Defendant denies the same.

61. The allegations in Paragraph 61 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 61 of the Amended Complaint, and on that basis, Defendant denies the same.

62. The allegations in Paragraph 62 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 62 of the Amended Complaint, and on that basis, Defendant denies the same.

**Transactions Concerning Tina Funez**

63. The allegations in Paragraph 63 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this

Defendant admits to being an authorized user on Leigh Bridges' American Express card account and making purchases thereon but lacks the requisite knowledge or information sufficient to answer any further allegations averred in paragraph 63 of the Amended Complaint, and on that basis, Defendant denies any allegations contained in Paragraph 63 other than stated herein.

64. Defendant admits the allegations in the first sentence of Paragraph 64 in that she remodeled a dwelling on the island of Utila, but lacks the requisite knowledge or information sufficient to answer any further allegations averred in paragraph 64 of the Amended Complaint, and on that basis, Defendant denies any allegations contained in Paragraph 64 other than stated herein.

65. Admitted.

66. Defendant admits the allegations in the first sentence of Paragraph 66 but denies any further allegations averred in paragraph 66 of the Amended Complaint, in that, as of this filing, all of the property referenced in Paragraph 66 currently known to this Defendant have been turned over to NCUAB consistent with court order in this matter, and on that basis, Defendant denies any allegations contained in Paragraph 66 other than stated herein.

67. Admitted.

68. Defendant admits the allegations in the first sentence of Paragraph 68 but denies any further allegations averred in paragraph 68 of the Amended Complaint, in that Defendant lacks the requisite knowledge or information sufficient to answer the additional allegations averred in paragraph 68 of the Amended Complaint, and on that basis, Defendant denies any allegations contained in Paragraph 68 other than stated herein.

69. Defendant generally admits that she was provided money by Defendants Chad and/or Leigh Bridges but lacks the requisite knowledge or information sufficient to answer the

additional allegations averred in paragraph 69 of the Amended Complaint, and on that basis, Defendant denies any allegations contained in Paragraph 69 other than stated herein.

70. Defendant denies the allegations averred in Paragraph 70 in that she no longer resides in the townhouse alleged therein. Defendant lacks the requisite knowledge or information sufficient to answer the additional allegations averred in paragraph 70 of the Amended Complaint, and on that basis, Defendant denies any allegations contained in Paragraph 70 other than stated herein.

**COUNT I**
**Fraudulent Misrepresentation – JAFCU Financial Statement**
**(Leigh Bridges)**

71. The allegations contained in Paragraph 71 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

72. The allegations in Paragraph 72 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 72 of the Amended Complaint, and on that basis, Defendant denies the same.

73. The allegations in Paragraph 73 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 73 of the Amended Complaint, and on that basis, Defendant denies the same.

74. The allegations in Paragraph 74 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this

Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 74 of the Amended Complaint, and on that basis, Defendant denies the same.

75. The allegations in Paragraph 75 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 75 of the Amended Complaint, and on that basis, Defendant denies the same.

76. The allegations in Paragraph 76 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 76 of the Amended Complaint, and on that basis, Defendant denies the same.

77. The allegations in Paragraph 77 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 77 of the Amended Complaint, and on that basis, Defendant denies the same.

78. The allegations in Paragraph 78 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 78 of the Amended Complaint, and on that basis, Defendant denies the same.

79. The allegations in Paragraph 79 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 79 of the Amended Complaint, and on that basis, Defendant denies the same.

**COUNT II**
**Fraudulent Misrepresentation – JAFCU Financial Transactions**
**(Leigh Bridges)**

80. The allegations contained in Paragraph 80 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

81. The allegations in Paragraph 81 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 81 of the Amended Complaint, and on that basis, Defendant denies the same.

82. The allegations in Paragraph 82 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 82 of the Amended Complaint, and on that basis, Defendant denies the same.

83. The allegations in Paragraph 83 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations

averred in paragraph 83 of the Amended Complaint, and on that basis, Defendant denies the same.

84. The allegations in Paragraph 84 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 84 of the Amended Complaint, and on that basis, Defendant denies the same.

85. The allegations in Paragraph 85 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 85 of the Amended Complaint, and on that basis, Defendant denies the same.

86. The allegations in Paragraph 86 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 86 of the Amended Complaint, and on that basis, Defendant denies the same.

87. The allegations in Paragraph 87 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 87 of the Amended Complaint, and on that basis, Defendant denies the same.

**COUNT III**
**Conversion of JAFCU Funds**
**(Leigh Bridges)**

88. The allegations contained in Paragraph 88 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

89. The allegations in Paragraph 89 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 89 of the Amended Complaint, and on that basis, Defendant denies the same.

90. The allegations in Paragraph 90 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 90 of the Amended Complaint, and on that basis, Defendant denies the same.

91. The allegations in Paragraph 91 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 91 of the Amended Complaint, and on that basis, Defendant denies the same.

92. The allegations in Paragraph 92 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations

averred in paragraph 92 of the Amended Complaint, and on that basis, Defendant denies the same.

93. The allegations in Paragraph 93 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 93 of the Amended Complaint, and on that basis, Defendant denies the same.

**COUNT IV**
**Breach of Fiduciary Duty**
**(Leigh Bridges)**

94. The allegations contained in Paragraph 94 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

95. The allegations in Paragraph 95 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 89 of the Amended Complaint, and on that basis, Defendant denies the same.

96. The allegations in Paragraph 96 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 96 of the Amended Complaint, and on that basis, Defendant denies the same.

97. The allegations in Paragraph 97 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 97 of the Amended Complaint, and on that basis, Defendant denies the same.

98. The allegations in Paragraph 98 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 98 of the Amended Complaint, and on that basis, Defendant denies the same.

99. The allegations in Paragraph 99 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 99 of the Amended Complaint, and on that basis, Defendant denies the same.

**COUNT V**
**Personal Liability Pursuant to 12 U.S.C. § 1787(b)**
**(Leigh Bridges)**

100. The allegations contained in Paragraph 100 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

101. The allegations contained in Paragraph 101 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant admits that it is an accurate recitation of the statute.

102. The allegations in Paragraph 102 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 102 of the Amended Complaint, and on that basis, Defendant denies the same.

103. The allegations in Paragraph 103 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 90 of the Amended Complaint, and on that basis, Defendant denies the same.

104. The allegations in Paragraph 104 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 104 of the Amended Complaint, and on that basis, Defendant denies the same.

105. The allegations in Paragraph 105 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 105 of the Amended Complaint, and on that basis, Defendant denies the same.

**COUNT VI**
**Fraudulent Transfers Pursuant to 12 U.S.C. § 1787 (b)(16)(A)**
**(Leigh Bridges)**

106. The allegations contained in Paragraph 106 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

107. The allegations contained in Paragraph 107 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant admits that it is an accurate recitation of the statute.

108. The allegations in Paragraph 108 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 108 of the Amended Complaint, and on that basis, Defendant denies the same.

109. The allegations in Paragraph 109 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 109 of the Amended Complaint, and on that basis, Defendant denies the same.

110. The allegations in Paragraph 110 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 110 of the Amended Complaint, and on that basis, Defendant denies the same.

111. The allegations in Paragraph 111 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 111 of the Amended Complaint, and on that basis, Defendant denies the same.

112. The allegations in Paragraph 112 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 112 of the Amended Complaint, and on that basis, Defendant denies the same.

**COUNT VII**
**Fraudulent Transfers Pursuant to Miss Code § 15-3-107**
**(Leigh Bridges)**

113. The allegations contained in Paragraph 113 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

114. The allegations contained in Paragraph 114 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant admits that it is an accurate recitation of the statute.

115. The allegations contained in Paragraph 115 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant admits that it is an accurate recitation of the statute.

116. The allegations in Paragraph 116 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required,

this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 116 of the Amended Complaint, and on that basis, Defendant denies the same.

117. The allegations in Paragraph 117 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 117 of the Amended Complaint, and on that basis, Defendant denies the same.

118. The allegations in Paragraph 118 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 118 of the Amended Complaint, and on that basis, Defendant denies the same.

119. The allegations in Paragraph 119 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 119 of the Amended Complaint, and on that basis, Defendant denies the same.

120. The allegations in Paragraph 135 of the Amended Complaint do not appear to be directed at this defendant and state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

121. The allegations in Paragraph 135 of the Amended Complaint do not appear to be directed at this defendant and state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

**COUNT VIII**
**Fraudulent Transfers Pursuant to 12 U.S.C. § 1787 (b)(16)(A)**
**(Chad Bridges)**

122. The allegations contained in Paragraph 122 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

123. The allegations contained in Paragraph 123 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant admits that it is an accurate recitation of the statute.

124. The allegations in Paragraph 124 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 124 of the Amended Complaint, and on that basis, Defendant denies the same.

125. The allegations in Paragraph 125 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 125 of the Amended Complaint, and on that basis, Defendant denies the same.

126. The allegations in Paragraph 126 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required,

this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 126 of the Amended Complaint, and on that basis, Defendant denies the same.

127. The allegations in Paragraph 127 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 127 of the Amended Complaint, and on that basis, Defendant denies the same.

**COUNT IX**
**Fraudulent Transfers Pursuant to Miss Code § 15-3-107**
**(Chad Bridges)**

128. The allegations contained in Paragraph 128 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

129. The allegations contained in Paragraph 129 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant admits that it is an accurate recitation of the statute.

130. The allegations contained in Paragraph 130 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant admits that it is an accurate recitation of the statute.

131. The allegations in Paragraph 131 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations

averred in paragraph 131 of the Amended Complaint, and on that basis, Defendant denies the same.

132. The allegations in Paragraph 132 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 132 of the Amended Complaint, and on that basis, Defendant denies the same.

133. The allegations in Paragraph 133 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 133 of the Amended Complaint, and on that basis, Defendant denies the same.

134. The allegations in Paragraph 134 of the Amended Complaint do not appear to be directed at this defendant and state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

135. The allegations in Paragraph 135 of the Amended Complaint do not appear to be directed at this defendant and state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

**COUNT X**
**Fraudulent Transfers Pursuant to 12 U.S.C. § 1787(b)(16)(A)**
**(Tina Funez)**

136. The allegations contained in Paragraph 136 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

137. The allegations contained in Paragraph 137 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant admits that it is an accurate recitation of the statute.

138. The allegations in Paragraph 138 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 138 of the Amended Complaint, and on that basis, Defendant denies the same.

139. The allegations in Paragraph 139 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 139 of the Amended Complaint, and on that basis, Defendant denies the same.

140. Denied.

141. Denied.

**COUNT XI**
**Fraudulent Transfers Pursuant to Miss Code § 15-3-107**
**(Tina Funez)**

142. The allegations contained in Paragraph 142 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

143. The allegations contained in Paragraph 143 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant admits that it is an accurate recitation of the statute.

144. The allegations contained in Paragraph 144 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant admits that it is an accurate recitation of the statute.

145. The allegations in Paragraph 145 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 145 of the Amended Complaint, and on that basis, Defendant denies the same.

146. The allegations in Paragraph 146 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 132 of the Amended Complaint, and on that basis, Defendant denies the same.

147. The allegations in Paragraph 147 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 147of the Amended Complaint, and on that basis, Defendant denies the same.

148. Denied.

149. Denied.

**COUNT XII**
**Enforcement of Constructive Trust**
**(All Defendants)**

150. The allegations contained in Paragraph 150 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

151. The allegations in Paragraph 151 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 131 of the Amended Complaint, and on that basis, Defendant denies the same.

152. The allegations in Paragraph 152 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 152 of the Amended Complaint, and on that basis, Defendant denies the same.

153. The allegations in Paragraph 153 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 153 of the Amended Complaint, and on that basis, Defendant denies the same.

154. The allegations in Paragraph 154 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations

averred in paragraph 154 of the Amended Complaint, and on that basis, Defendant denies the same.

155. The allegations in Paragraph 155 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 155 of the Amended Complaint, and on that basis, Defendant denies the same.

156. The allegations in Paragraph 156 do not appear to be directed at this Defendant and therefore do not require a response from this Defendant. To the extent that a response is required, this Defendant lacks the requisite knowledge or information sufficient to answer the allegations averred in paragraph 156 of the Amended Complaint, and on that basis, Defendant denies the same.

**COUNT XIII**
**Relief Pursuant to 12 U.S.C. § 1787(b)(2)(G)**
**(All Defendants)**

157. The allegations contained in Paragraph 157 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

158. The allegations contained in Paragraph 158 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

159. The allegations contained in Paragraph 159 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

160. The allegations contained in Paragraph 160 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

161. The allegations contained in Paragraph 161 of the Amended Complaint state legal and procedural conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

WHEREFORE PREMISES CONSIDERED, and for the above stated reasons, Defendant Tina Funez requests that this Honorable Court enter its judgement dismissing the Amended Complaint and all claims therein and award all other relief to which she is entitled by law.

**RESPECTFULLY SUBMITTED** on this the **25th day of August, 2026**

**TINA FUNEZ**

**/s/ Christopher S. Routh**
**BY: ______________________________**

**Christopher S. Routh (Mississippi Bar No. 104579)**
Christopher S. Routh, PLLC
401 E. Capitol Street, Box #1
Jackson, Mississippi 39201
(601) 940-8099 Telephone
(601) 653-9598 Fax
christophersrouth@gmail.com
www.csrdefense.com

**CERTIFICATE OF SERVICE**

I, Christopher Routh, do hereby certify that the foregoing *Answer* was filed electronically through the Court's electronic filing system and that I have, via electronic mail, fax, hand delivery or other means, provided a true and correct copy of the same to all parties through their counsel of record.

This the **25th day of August, 2026.**

/s/ Christopher S. Routh
________________________________________
Christopher S. Routh, (MSBN 104579)