**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its capacity as conservator of Jackson Area Federal Credit Union, PLAINTIFF

VS. Case Number: 3:26-CV-343-DPJ-RPM

LEIGH BRIDGES, CHAD BRIDGES and TINA FUNEZ DEFENDANTS

---

**DEFENDANT LEIGH BRIDGES' OPPOSITION TO PLAINTIFF'S MOTION FOR IMPOSITION OF A TRUSTEESHIP ON REAL PROPERTY OF LEIGH AND CHAD BRIDGES**

---

COMES NOW, Defendant Leigh Bridges, and submits the following Opposition to Plaintiff's Motion for Imposition of a Trusteeship on Real Property of Leigh and Chad Bridges. Defendant Leigh Bridges, states to wit:

1. Sleepy Hollow is vacant because, at Plaintiff's request, Leigh Bridges voluntarily moved out of the residence. Therefore, NCUAB could occupy the premises and remove anything it believes to be of value.

2. The property is completely fenced and gated and had a security monitoring company, IntermixTech, until August 1, 2026, only because IntermixTech no longer provides that service. The residence also has a Ring Video Camera at the front door, as well as additional cameras monitoring the perimeter of the property. Further, the residence is fully insured for $2.1 million, and the insurance is current. Under these circumstances, NCUAB's unbelievable expenditure of $225,652.50 was unnecessary, wasteful, and wholly unwarranted.

3. Your Defendant, Leigh Bridges, has fully cooperated with Plaintiff's preservation of this and all assets; paid utilities; repairs and upkeep; with no funds being earned or allowed

to be used from her retirement account or related accounts. The only outstanding bill is HOA in Orange Beach, which, at worst, will be a lien placed on the property and paid out of proceeds when it is sold. There is no need for this action.

4 There is no need for this action based upon the current situation and orders entered in this case.

Based on the above, Defendant Leigh Bridges, respectfully requests you to deny NCUAB's motion.

Respectfully submitted, this the 26th day of August 2026.

**LEIGH BRIDGES**

By: */s/ John M. Colette*
John M. Colette | MSB 6376
Jeffrey M. Graves | MSB 104327
**JOHN M. COLETTE, PLLC**
501 S. State Street
Jackson, Mississippi 39201
601-355-6277 Office
601-355-6283 Facsimile
colettelawms@gmail.com

*Attorneys for Leigh Bridges*

## CERTIFICATE OF SERVICE

I, John M. Colette, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of the same via email on all parties of record.

THIS, the 26th day of August 2026.

*/s/ John M. Colette*
John M. Colette