**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its capacity as conservator of Jackson Area Federal Credit Union,

*Plaintiff*,

v. Case No. 3:26-CV-343-DPJ-RPM

LEIGH BRIDGES, CHAD BRIDGES and TINA FUNEZ

*Defendants*.

---

**DEFENDANT LEIGH BRIDGES' REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT LEIGH BRIDGES' MOTION FOR STAY OF CIVIL ACTION**

---

COMES NOW Defendant Leigh Bridges, by and through counsel, and files her reply to Plaintiff's *Memorandum in Opposition* to Defendant's *Motion for Stay of Civil Action* and states the following.

1.

Defendant Leigh Bridges submits Plaintiff's position that it is "mere speculation" as to whether the Bridges will be indicted is totally frivolous. Plaintiffs are aware of the current investigation by the Department of Justice and meetings held about exact the charges that will be filed; and have been since July 15, 2026 when provided actual notice of same.

2.

There is no conjecture as to any degree of overlap. The exact statutes discussed being charged arise out of (a) Defendant's employment at JAFCU, (b) the exact funds involved, (c)

the exact amounts – except the alleged total, (d) the exact procedures utilized, (e) the exact evidence, and (f) the exact expenditures.

3.

Defendant's criminal charge is imminent, and Your Defendant, Leigh Bridges could not fully answer the Amended Complaint due to concerns about her Fifth Amendment privilege and had to assert the same.

4.

Plaintiff is correct, should a plea be entered, this motion becomes moot. Therefore, in the interests of justice and fairness, this Court should grant a brief stay to allow the criminal process to conclude – which is not anticipated to be long – and revisit this civil lawsuit.

WHEREFORE PREMISES CONSIDERED, the Court should grant Defendant Leigh Bridges a brief stay of the civil proceedings to allow her the benefit of her Fifth Amendment rights.

Respectfully submitted, this the 26th day of August 2026.

**LEIGH BRIDGES**

By: */s/ John M. Colette*
John M. Colette | MSB 6376
Jeffrey M. Graves | MSB 104327
**JOHN M. COLETTE, PLLC**
501 S. State Street
Jackson, Mississippi 39201
601-355-6277 Office
601-355-6283 Facsimile
colettelawms@gmail.com

*Attorneys for Leigh Bridges*

**CERTIFICATE OF SERVICE**

I, John M. Colette, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of the same via email on all parties of record.

THIS, the 26th day of August 2026.

*/s/ John M. Colette*
John M. Colette