Exhibit D

# JOHN M. COLETTE & ASSOCIATES

AGGRESSIVE DEFENSE OF YOUR RIGHTS FOR OVER 40 YEARS

John M. Colette | *ABCL, NACDL*
colettelawms@gmail.com

Jeffrey M. Graves | *Of Counsel*
jmgraves.colettelawms@gmail.com

**June 26, 2026**

To: Honorable Alysson Mills
alysson@alyssonmills.com

*Re*: Leigh Bridges, *et al* | 3:26-cr-00343-DPJ-RPM

---

Good morning Alysson,

Attached please find the Authorization you requested with regard to the "items" and storage of same. After doing some research, and examining some of the items, she believes the value should be close to 15 Mil; and she paid a lot less due to some unreal appreciation of some items.

Also, she tells me at least two watches and two of three purses were delivered to JAFCU when she left — ($150K to?) but she's not sure.

We are working on potential "living" expenses, but it depends on where she will live (the easiest may be for her to move into the Eastbrook condo, as she feels the house will sell a lot quicker than that condo.) The condo in Florida should sell better and faster with all the furniture, etc. in it (1.1 Mil).

My understanding is that Tina and Chad may be willing to "provide" cash from their 401Ks if released at some point to purchase the Honduras property ($450K) if that's possible (not an official offer yet — something to consider as I understand you can't own property there unless you are Honduran).

So, our "rough" estimate is…

1. Items — 15 Mil
2. Sleepy Hollow residence — 2 Mil
3. Raymond James accounts — 6 Mil
4. JAFCU 401K — 1.2 Mil
5. Eastbrook condo — $450,000

6. Honduras property — $450,000

**Total:** 25 Mil (36 Mil orig loss without any $ to defendant)

Lastly, it is my understanding there is approximately $358K in Copiah Bank, $137K at Chase and approximately $90K at A/X for a total of $585K. Can she write a check for $350,000? ($250,000 for my legal fees and $100K for her living expenses, leaving $235K in that account) It seems to be the easiest and quickest way I can get paid, as it's going on 2 months; she has checks, if account can be unfrozen (Just a thought.)

Let me know what else we can do to help conclude this.

Sincerely,

John M. Colette