Exhibit E

E-29

13
05

BOOK 7223 PAGE 5924

1651837

**GRANTOR:**
Lynn H. Sturdivant
205 Clermont Drive
Madison, MS 39110
Phone #601-594-1234

**GRANTEES:**
Chad T. Bridges and
Leigh J. Bridges
3826 Sleepy Hollow
Jackson, MS 39211
Phone #601-259-5777

**PREPARED BY:**
Barry D. Hassell (MS Bar No. 101149)
COPELAND, COOK, TAYLOR & BUSH, P.A.
Post Office Box 6020
Ridgeland, Mississippi 39158-6020
(601) 856-7200

**RETURN TO:**
Barry D. Hassell (MS Bar No. 101149)
COPELAND, COOK, TAYLOR & BUSH, P.A.
Post Office Box 6020
Ridgeland, Mississippi 39158-6020
(601) 856-7200

**INDEXING INSTRUCTIONS: Lot 22, Block B, Eastover, Section 8, Hinds County, First Judicial District, Mississippi** 531

## GENERAL WARRANTY DEED

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable considerations, the receipt and sufficiency of which are hereby acknowledged, the undersigned, **LYNN H. STURDIVANT**, Grantor, does hereby grant, bargain, sell, convey and warrant unto **CHAD T. BRIDGES AND LEIGH J. BRIDGES**, husband and wife, as joint tenants with full rights of survivorship and not as tenants in common, Grantees, the following land and property located and situated in the County of Hinds, First Judicial District, of the State of Mississippi, and more particularly described as follows, to-wit:

SEE ATTACHED EXHIBIT "A" FOR LEGAL DESCRIPTION

This conveyance is made subject to any and all applicable building restrictions, protective and restrictive covenants, rights of way, easements, and previous reservations and conveyances of oil, gas and mineral rights and interests applicable to the above described property.

It is agreed and understood that ad valorem taxes on the above described property for the current year will be prorated between the Grantor and the Grantees.

WITNESS the signatures of the Grantor on this 28th day of September, 2018.

Lynn H. Sturdivant
**LYNN H. STURDIVANT**

Gaines P. Sturdivant
**GAINES P. STURDIVANT**
**(FOR HOMESTEAD PURPOSES)**

**STATE OF MISSISSIPPI**
**COUNTY OF MADISON**

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for said county and state, within my jurisdiction, the within named **Lynn H. Sturdivant and Gaines P. Sturdivant**, as their voluntary act and deed, executed the above and foregoing instrument.

SUBSCRIBED and SWORN before me on this 28th day of September, 2018.

Sarah J. Lowery
**NOTARY PUBLIC**

MY COMMISSION EXPIRES:
6/14/19 (SEAL)

STATE OF MISSISSIPPI NOTARY PUBLIC ID # 99386 SARAH J. LOWERY Commission Expires June 14, 2019 RANKIN COUNTY

BOOK 7223 PAGE 5926

EXHIBIT "A"

Lot 22, Block B, Eastover, Section 8, a subdivision according to a map or plat thereof which is on file and of record in the office of the Chancery Clerk of Hinds County at Jackson, Mississippi, in Plat Book 11 at Page 7, reference to which is hereby made in aid of and as a part of this description.

LESS AND EXCEPT:

A portion of the aforesaid lot more particularly described as: Commencing at a point constituting the common corner of the aforesaid Lot 22 and of Lot 12, Block B of said Eastover, Section 1, according to a map or plat thereof on file and of record in the office of the Chancery Clerk of Hinds County at Jackson, Mississippi, in Plat Book 9, at page 38, proceed southeasterly along the common boundary between said lots a distance of 212.36 feet for the POINT OF BEGINNING; turn thence right through an angle of 81° 66' and run a distance of 18.76 feet along a presently existing fence to a point; turn thence left through an angle of 82° 63' and run a distance of 82.30 feet along the presently existing fence to a point; turn thence left through an angle of 89° 8' and run a distance of 16.9 feet along the presently existing fence to a point, which point lies on the aforesaid common boundary between Lots 12 and 22, thence run westerly along the said common boundary a distance of 84.74 feet to the point of beginning.

STATE OF MS
COUNTY OF HINDS
FILED-RECORDED
1ST DISTRICT

2010 OCT -1 PM 3:03

BOOK 7223
PAGE 5924
EDDIE JEAN CARR
CHANCERY CLERK