DocuSign Envelope ID: FF4A9862-94B0-4D60-B4AE-AC7CC29EE469

# Wire Transfer Authorization for Money Movement

**RAYMOND JAMES®**

**Customer Accounts Service Center**
**eSign / Scan / Fax**

| Form # | Source Account # | | |
|---|---|---|---|
| 01495 | [redacted] | | |
| **Branch #** | **FA #** | **Speed Dial #** | |
| 3BO | 3L84 | 3089 | |

**Name(s) on Source Account:** Chad T. Bridges & Leigh J. Bridges JT/WROS

## Transaction Information

**Currency** *(If not US Dollars)*______ **Effective Date**______

**Home Office**
**Money Movement Request ID**

**Transfer Amount $** 1,227,082.80 **OR** ○ Transfer Full Balance plus Interest

☑ This letter of Authorization ("LOA") should be used to authorize the recipient named below for this transaction only (if selected, subsequent wires to the same recipient will require a separate LOA).

## Recipient Information

Copeland, Cook, Taylor & Bush, PA — Name *(Title of account at Bank)*

[redacted] — Receiving Bank Account Number / IBAN

1076 Highland Colony Parkway, 600 Concourse, Suite 100 — Physical Street Address

Real Estate Closing — Relationship

Real Estate Closing — Purpose of Wire

| City | State/Province/Territory | Zip/Postal Code | Country |
|---|---|---|---|
| Ridgeland | MS | 39157 | USA |

## Credit Bank Information

**Recipient/Final Bank Destination**

Origin Bank — Bank Name

111102758 — Bank Code (ABA #) or SWIFT Code

**Correspondent/Intermediary Bank** *(if applicable)*

Bank Name ______ Bank Code (ABA #) or SWIFT Code ______

**Branch Office Note** *(The Credit Bank name or Recipient Information name should be entered in the components box below*

For Further Credit to:

Third Party Name ______ Receiving Bank Account # ______

Address ______ City ______ State ______ Zip Code ______

## Client Acknowledgments and Signatures

- **I/We certify that I/we understand the tax and legal consequences associated with the requested distribution and that the information set forth above is true and correct. Accordingly, I/we authorize Raymond James Financial, Inc. ("Raymond James") to rely on the information submitted without further investigation or inquiry and to move funds in accordance with the instructions in this LOA.**
- **I/We understand that it is Raymond James' policy to contact me/us to orally verify transfers made in connection with this LOA prior to such funds being transferred. Transfers will be reflected on my/ our account statements for which I/we accept the responsibility to review and ensure the accuracy thereof and agree to indemnify and hold Raymond James and its affiliates harmless from any loss or claim which may be incurred by reason of this transfer of funds.**
- **We authorize Raymond James to act upon instructions from any account holder acting individually for the account stated above. We agree to indemnify, hold harmless, and waive any claims against Raymond James and its affiliates, from any loss, or claim which may be incurred by reason of a transfer of funds to the account(s) as authorized by one account holder of this account.**
- **I understand that this LOA will not supersede any regulatory requirements and certain transactions may still require my written instructions and/or signature.**
- **I/We understand that this LOA will serve as authorization for all future wire transfers to this recipient unless the box indicating single transfer only is selected in the "Transaction Information" section above. Notwithstanding the foregoing, Raymond James reserves the right to require a new form for any future wire transfers to this recipient at any time.**

| Client Signature | Date | Client Signature *(if applicable)* | Date |
|---|---|---|---|
| DocuSigned by: [signature] C30101796EAA4B2... | 9/25/2018 | | |

## UTMA/UTMA Confirmation (branch office use only if applicable)

○ Disbursement is to benefit the minor listed on the source account.

13A 01495 DCT 3/18

RJ-CON-01495-2804147 8

2026-001395-005624