UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

---------------------------------------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its capacity as conservator of Jackson Area Federal Credit Union,

Plaintiff,

v.

LEIGH BRIDGES, CHAD BRIDGES, and TINA FUNEZ,

Defendants.

Case No.: 3:26-cv-343-DPJ-RPM
Hon. Daniel P. Jordan
Hon. Robert P. Myers, Jr.

---------------------------------------------------------------------X

**SUPPLEMENT TO PLAINTIFF'S URGENT AND NECESSITOUS MOTION FOR IMPOSITION OF A TRUSTEESHIP ON REAL PROPERTY OF DEFENDANTS LEIGH AND CHAD BRIDGES**

Plaintiff, the National Credit Union Administration Board ("NCUAB"), acting in its capacity as conservator of Jackson Area Federal Credit Union ("JAFCU"), respectfully supplements its prior briefing in support of its urgent and necessitous motion for imposition of a trusteeship on real property of defendants Leigh and Chad Bridges as follows:

1. In support of its motion, the NCUAB showed that it was required to obtain a security service to patrol the Sleepy Hollow residence due to a need to protect the highly valuable jewelry, handbags, and other items located there. ECF No. 33-4 ¶ 5. It showed that the cost of that armed security service is $150 per hour, or $3,600 per day. ECF No. 33-4 ¶ 6.

2. After the NCUAB filed its motion, and accounting for the fact that highly valuable items at the Sleepy Hollow residence have been relocated, after receiving approval from

its insurer, the NCUAB obtained a new security service. Effective today, the cost of unarmed security services at the Sleepy Hollow residence is $25 per hour, or $600 per day.

3. By this supplement, the NCUAB wishes merely to inform the Court of a fact that necessarily relates to the NCUAB's pending motion.

4. The contract with the new security firm requires that the NCUAB use its services for the minimum of one month, or until October 3, 2026. While the new security service substantially reduces the cost of security to the NCUAB, the unnecessary cost to the NCUAB remains meaningful.

Respectfully submitted,

September 3, 2026

*/s/ Alysson Mills*

Alysson Mills, Mississippi Bar No. 102861

650 Poydras Street Suite 1525
New Orleans, Louisiana 70130
t/f: 504-586-5253
alysson@alyssonmills.com

*Counsel for Plaintiff*
NATIONAL CREDIT UNION ADMINISTRATION BOARD,
acting in its capacity as conservator of
JACKSON AREA FEDERAL CREDIT UNION

CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

*/s/ Alysson Mills*

Alysson Mills