Exhibit A

# Van Cleef & Arpels

Aug 28, 2024

*Purchased by:*

Mr. Chad Bridges
3826 Sleepy Holw
Jackson, MS 39211-6750
USA

| | |
|---|---|
| Sales Invoice | : 317107240828001 |
| Original Reference # | : Phone |
| Sold by | : Barbara Wang |

*Client copy*

| | Quantity | Total Amount | Tax Amount |
|---|---|---|---|
| **ZODIAQUE LONG NECKLACE VIRGO, ROSE GOLD, MALACHITE REFERENCE: VCARP9RB00 INDIVIDUAL NUMBER: JF356453** | 1 | 22,900.00 | 1,917.88 |

| | |
|---|---|
| **Subtotal** | 22,900.00 |
| Tax | 1,917.88 |
| **Total** | **24,817.88** |

RETURN POLICY - Merchandise must be returned within 30 days from the original date of purchase to any Van Cleef & Arpels boutique in the United States. It must be presented in its original packaging and accompanied by the appropriate sales slip. We will be pleased to arrange an exchange or issue a merchandise credit only. We do not offer refunds, and cannot accept returns on specially engraved merchandise or items which show signs of wear. Items which are special ordered or custom ordered are final.

| | | | |
|---|---|---|---|
| Means of Payment | AMEX Offline | Amt. | 24,817.88 |