Exhibit B

DIOR

US Las Vegas Bellagio
3600 Las Vegas Boulevard South
LAS VEGAS, US-NV, 89109
United States of America

Mr Chad BRIDGES
5675 Highway 18 W
JACKSON, US-MS, 39209-9622
United States of America

## CLIENT RECEIPT
### DUPLICATA

| Reference | Color | Size | Description | Qty | Price | Total(USD) |
|---|---|---|---|---|---|---|
| 2ESKH555FSF | H967 | TU | Men SLG MSLG-Other | 1 | 1,050.00 | 1,050.00 |
| 3SN342ABF | H814 | T43 | Men Shoes SNEAKER M | 1 | 1,250.00 | 1,250.00 |
| 3SN342ABF | H014 | T43 | Men Shoes SNEAKER M | 1 | 1,250.00 | 1,250.00 |
| 3SN342ABF | H968 | T43 | Men Shoes SNEAKER M | 1 | 1,250.00 | 1,250.00 |

Kenneth - 01004283

Delivery

| | | | |
|---|---|---|---|
| **Total items** | 4 | Subtotal | **4,800.00** |
| **Total taxes** | | | **402.00** |
| **Total** | | | **5,202.00** |

American Express USD #8002 CHASE 5,202.00

Operator : 01004476
Transaction : 109876
Till : 1NV024
October 21 2025 18:40

0690070510002

1/1

Merchandise purchased at this location is eligible for return or exchange within thirty (30) days of the purchase date if in perfect condition; refunds will be processed back to the original method of payment; refunds with credit notes may only be redeemed by the customer it was issued to. Purchases made with cash or wire transfer. will be refunded by corporate mail check. Merchandise purchased from a Dior boutique within a department store may only be refunded at any same branded department store with a Dior boutique; exchanges for merchandise of equal or greater value are permitted at any Dior boutique. Merchandise purchased on Dior.com may be accepted in a Dior boutique to be sent to Dior.com for refund or exchange. No returns will be accepted on evening wear, exotic skins, fur, cosmetics, unsealed fragrance, bathing suits, lingerie, sale merchandise, personalized merchandise, special orders, merchandise that has been altered or worn, or on fine jewelry or watches of over $10,000 in value, or on items prohibited by law. Returns purchased abroad may only be accepted for exchange if merchandise was originally available in the United States. Clients planning to export items are solely responsible for complying with all applicable laws and regulations in connection with such exports. Please retain this receipt for your records. Any returns will need a valid receipt to be processed.

Customer Relations: 1 800 929 DIOR - contactdiorus@dior.com