UNITED STATES OF AMERICA
NATIONAL CREDIT UNION ADMINISTRATION
ALEXANDRIA, VIRGINIA

Exhibit D

**************************************************

# DEPOSITION OF TINA FUNEZ

**************************************************

Taken at the instance of the NCUA at the
U.S. Attorney's Office for the
Southern District of Mississippi,
501 East Court Street,
Jackson, Mississippi,
On Thursday, July 2nd, 2026,
Beginning at approximately 9:00 a.m.

REPORTED BY:

THERESA S. LUMLEY, RPR, CSR
Ethoscribe Deposition Services
d/b/a eDeposition
Post Office Box 14148
Jackson, Mississippi 39236
Main: (601) 326-7888
Toll Free: (844) 533-DEPO
tlumley@edeposition.com

APPEARANCES:

EMILIO HERNANDEZ, ESQUIRE
AUSTIN FURMAN, ESQUIRE
National Credit Union Administration
1775 Duke Street
Alexandria, Virginia 22314
Telephone: 703-548-2470
Email: Afurman@ncua.gov
COUNSEL FOR THE NATIONAL CREDIT
UNION ADMINISTRATION

CHRISTOPHER S. ROUTH, ESQUIRE
Attorney at Law
401 East Capitol Street, Box #1
Jackson, Mississippi 39201
Email: chris@csrdefense.com
COUNSEL FOR TINA FUNEZ

TABLE OF CONTENTS

Title Page....................................1
Appearances...................................2
Table of Contents.............................3
Exhibits......................................4

EXAMINATION BY:

MR. HERNANDEZ.............................5

Certificate of Reporter.....................182

EXHIBIT INDEX

Exhibit 37
Wife Transfer Forms........................123

Exhibit 38
American Express Statements................148

Exhibit 39
'25 American Express Year-End Summary.......161

Exhibit 40
'23 American Express Year-End Summary.......170

TINA FUNEZ,

having first been duly sworn, was examined and testified on her oath as follows, to-wit:

EXAMINATION BY MR. HERNANDEZ:

Q. Okay. So my name is Emilio Hernandez. I'm joined here with Austin Furman. We're attorneys for the National Credit Union Administration, conducting an administrative investigation into Jackson Area Federal Credit Union. You're here in response to a subpoena served on you, right?

**A. Yes, sir.**

Q. Can you state your full name for the record?

**A. Tina Funez.**

Q. Do you have any middle name?

**A. Celeste.**

Q. Do you have a maiden name?

**A. No, sir.**

Q. What's your present address?

**A. Well, my maiden name is Suniga, if you want my -- I'm sorry.**

Q. That's okay. How do you spell that?

**A. S-U-N-I-G-A.**

Q. And I might ask you to spell quite a

**A. Many trips. A number? I mean, there have been a lot.**
Q. If you had to estimate?
**A. Goodness. I would say we took at least a trip a year or two trips a year, you know, sometimes more. But I don't know a number. But it's been many.**
Q. So let's focus on the last five years. How many trips do you think you've been on with them over the last five years?
**A. I feel like I've been on quite a few.**
Q. About once a year, or more?
**A. Some I just went -- well, let's see. When my grandmother -- I'm just going to go back to when my grandmother passed. I went to Utila a few times.**
Q. By yourself?
**A. Chad went on a couple of those, and Leigh went on a few of those. We've been there quite a few times in the last few years.**
Q. So after your mother died, just you and Chad went down to --
**A. My grandmother.**
Q. Sorry, your grandmother. Just you and Chad went down to --

**A. On that first trip, yeah, he went with me. Leigh did not go. I just wanted somebody -- I was very upset, and my grandmother just died. I couldn't get there for her funeral. I was very close to her. And he went with me for, you know, support. That's it. I just needed somebody to go with me.**

Q. How would you -- sorry. So other than Utila, where else did you guys go?

**A. I've been to New York, I've been to Las Vegas, I've been to Los Angeles. I've been there a few times by myself, with them. France.**

Q. Who did you go to France with, Chad and Leigh?

**A. Yes.**

Q. Where did you guys go in France?

**A. Nice.**

Q. How long were you there?

**A. A few days.**

Q. When was that?

**A. A few years back. It was my 50th birthday, so it's only been a year or two. I'm 50. So maybe just a year ago. Yeah, about a year ago, year and a half ago.**

Q. That sounds really nice. Nice sounds

like a beautiful place to go visit.
**A. It was.**
Q. So how would you guys normally get to -- so let's separate the trips that you took by yourself from the trips that you took with Chad or Leigh or both of them. Focus on the ones you took with Chad or Leigh or both of them.
How would you get to wherever you guys were going, say Las Vegas, Los Angeles?
**A. It was commercial most of the time.**
Q. What kind of --
**A. It was Delta, United. I mean --**
Q. No, I --
**A. What do you mean? Sorry.**
Q. It's okay. So, like, what class were you sitting -- first class, business class, economy?
**A. It was -- when I traveled with them, it was probably first class or comfort. Me would be -- you know, I would be there, and they would be first class. But most of the time I did fly first class with them.**
Q. What about when you went to France?
**A. Yes, that was first class.**
Q. You said most of the time commercial.

So some of the times you didn't take commercial flights?

**A. It's only been within the last year or whatever that -- or year and a half that we took a few private trips on a private plane.**

Q. What company was that?

**A. I don't recall the name because I didn't -- I was only -- I was invited.**

Q. Who else would take a trip on one of the private jets?

**A. It was just me, Chad, and Leigh, and then my friend Sundi.**

Q. Sundi?

**A. Sundi.**

Q. Does Sundi have a last name?

**A. McCormick.**

Q. And is that her --

**A. Sundria. Her name is Sundria McCormick.**

Q. So one of the trips, Sundria was with you guys?

**A. For the private?**

Q. Yeah.

**A. Yeah, I think -- I think we did a couple. I can't recall. There might have been**

**A. And Tiffany. Yeah.**

Q. While on these trips, were you aware of Leigh Bridges buying any items for Chad?

**A. I'm sure -- I mean, I don't know specifically, but I'm sure she bought stuff for her husband, yes.**

Q. Did you ever see her buy something that was specifically for him?

**A. Not like an actual -- like, I mean, purchase where I saw -- I mean, he had a collection of watches and, you know, I mean -- but I was never there when she was buying stuff for him or anything like that. I was not --**

Q. He had a collection of watches?

**A. Yeah. I mean, he -- yes.**

Q. What kind of watches?

**A. Rolex, Patek.**

Q. And --

**A. I'm just saying, those were --**

Q. You don't remember any others?

**A. Cartier. Huh?**

Q. Sorry. I asked you, do you remember any others? You said Cartier after that.

**A. Cartier. I know he had Patek. I know he had Rolex. There's one, I don't know, like a**

**Vacheron or whatever. I'm not sure if that's the name. I don't know. He had a collection. I don't know all the brands. I never -- you know, I knew he wore specific ones. He didn't wear them every day or whatever, but, you know...**

Q. But when you were out shopping with Leigh or with Leigh and Sundi --

**A. That was mostly just a girls' thing, and we were doing that together. He never knew.**

Q. Did you ever see Leigh purchasing a Patek, a men's Patek watch?

**A. No. Physically see her purchase it?**

Q. Just like -- yeah.

**A. No. No. I was not going up to the register when she -- that's not my business. I didn't go up to see, "Hey, what are you paying for this," or whatever. I mean...**

Q. Okay. So we kind of touched on this earlier, but I just want to be clear on it. How much money do you think Leigh spent on you over the years?

**A. I would say a few hundred thousand dollars. I mean, I don't know a specific amount, but, I mean, you have -- I mean, I had an Amex. I had preauthorized Amex. She put me as a**