Cartier
JOAILLIERS
PARIS · LONDRES · NEW YORK

Oct 14, 2021

*Purchased by:*
Mrs. Leigh Bridges
3826 Sleepy Holw
Jackson, MS 39211-6750
USA

*Ship to:*
Mrs. Leigh Bridges
5675 Highway 18 W
JAFCU
Jackson, MS 39209-9622
USA

Invoice number : 302904211014001
Sold by : Elizabeth Jones

*Client copy*

| | Quantity | Total Amount | Tax Amount |
|---|---|---|---|
| **WATCH TONNEAU XL**<br>**PLATINUM ALLIGATOR BRAC**<br>**9919 MC MAN MVT SKELETON**<br>**REFERENCE: CRWHTN0006**<br>**INDIVIDUAL NUMBER: 4145012/100** | 1 | 82,500.00 | 5,775.00 |

| | |
|---|---|
| **Subtotal** | 82,500.00 |
| Tax | 5,775.00 |
| **Total** | **88,275.00** |

Cartier product may be exchanged or returned for a refund or merchandise credit, within 30 days of the original purchase date at the boutique originally purchased. Returns of product over $50,000 are only eligible for merchandise credit. Refunds are only issued to the original purchaser via original method of payment, excluding cash. Product must be presented in its original packaging and accompanied by the appropriate sales documentation, and International Limited Warranty. Personalized items, made to order items, or items that show signs of wear do not qualify for a return or an exchange. Before accepting any return or exchange, Cartier reserves its right to verify the product and proceed with necessary evaluations to confirm the authenticity, whether in the boutique or in a Cartier workshop.

| | | | |
|---|---|---|---|
| Means of Payment | Merchandise Credit<br># 302902F28666012 | Amt. | 88,275.00 |

3500 Las Vegas Blvd S - Las Vegas - Nevada 89109
Thank You for Your Visit

Subscribe to the Cartier e-newsletter on www.Cartier.us to receive all our latest news.