MONARCH AIR GROUP REACH HIGHER

Exhibit F

Zak Schrunk
Email: zs@monarchairgroup.com
Phone: (954) 829-7094

**Reference** 30049528 2/16/2025 7:28:23 PM

**Prepared for** Chad Bridges

**Quote**

**Wire Total:** $12,700.00
**CC Total:** $13,335.00
**Comments:**

**Aircraft** **Learjet 31A**

**Itinerary**

| Departure/Arrival | | PAX | Flight Time |
|---|---|---|---|
| KIAH, IAH, G. BUSH INTERCONTINENTAL, HOUSTON, Texas, United States (IAH), HOUSTON, TX, United States<br>KJAN, JAN, JACKSON-MEDGAR WILEY INTL, JACKSON, Mississippi, United States (JAN), JACKSON, MS, United States | 02-17-2025, 18:00[24] | 3 | 1:10 |

Signature: Chad Bridges

Date: 2/16/2025

MONARCH AIR GROUP

## GENERAL

Monarch Air Group LLC D/BA Mercury Jets (Mercury Jets) is NOT an aircraft operator. All aircraft are operated under part 14 CFR part 135 or 121, or the corresponding CAA regulations. Aircraft remains under the operational control of the charter operator at all times. This quote is based on current aircraft and crew availability and subject to change.

## PAYMENTS AND CANCELLATION

All prices quoted herein are accurate on the date quoted, are subject to change. Full payment is due prior to the date of service.

## CANCELLATION POLICY

Round trip cancellation policy: upon booking, 35% of the total charter cost, 72 hours before departure 75% of the charter cost, 48 hours before departure 100% cancellation charge. For one-way trip cancellations, the Customer will be assessed a cancellation fee equal to 100% of the total cost of the trip. A no show will be charged the full amount of the charter cost. Due to the availability of aircraft, during the Peak/Holiday season there is a 100% cancellation fee for any flights that are canceled, when scheduled to depart within 3 calendar days, before or after any calendar holiday. The pricing indicates a cash discount. Such discount will NOT be provided for credit card payments. Total Trip Quote represents a 5% discount for cash, check or wire payment.

## DOCUMENTATION

Photo IDs are required prior to flight. Additionally, official travel documents (passports, visas, etc.) are the responsibility of each passenger. All passenger information must be received 48 hours prior to flight. Failure to do so may result in delays. All Passengers flying with Visas, Visa Waivers, and/or Recent Passport Submission with valid receipt and confirmation must fax documentation to our offices 48 hours prior to departure.

## ITINERARY CHANGES & TRANSMITTAL OF CHANGES

Itinerary changes are permitted, but subject to aircraft and crew availability and subject to price adjustments. Notification of changes and/or cancellations must be in writing and sent to our offices by fax/email. Client must call our office at 954-359-5999 to confirm receipt of such changes.

## RESPONSIBILITY

Monarch Air Group is an air charter broker operating on behalf of its customer, as defined by 14 CFR 295. The operator for this flight is Speed Aviation, Inc. and therefore the presiding operator's "Pilot in Command" has full authority and rights to cancel the flight if they deem the passenger(s) unfit to fly. Monarch Air Group holds a non-aircraft operator insurance of up to $1,000,000.00 USD. Monarch Air Group is not liable for expenses incurred for replacement transportation in the case of a mechanical, weather or any other delay. Monarch Air Group is not liable for any injury, damage, loss, expense, indirect/special/consequential damages, or other irregularity caused by the defect of any vehicle or conveyance, or the negligence of any company or person engaged in conveying the passenger or carrying out the arrangements for your trip or by accident, delay, flight schedule, change, cancellation, sickness, weather, strikes, slots, war, quarantine, or any similar cause. Our liability shall in any case be limited to the amount paid to us, and any claim shall be adjudicated in and governed by the laws of the state of Florida. Passengers are liable for additional fees incurred such as catering, ground transportation, Wi-Fi, de-icing, or cleaning fees incurred by the Customer.

I hereby accept these terms for the above referenced charter.

Date: 2/16/2025

Signature: Chad Bridges

Charterer (Print Name): Chad Bridges

MONARCH AIR GROUP
REACH HIGHER

**FOR WIRING INSTRUCTIONS, PLEASE CONTACT US DIRECTLY**

CREDIT CARD AUTHORIZATION

The Credit Card (CC) will be used as a guarantee of payment until the funds become available. In the event that payment has not been received by Monarch Air Group 24 hours in advance of scheduled departure time, the cardholder authorizes the credit card to be charged for the agreed amount. Cash discounts do not apply to credit card payments. Please provide a copy of the front and back of credit card and a copy of a Government ID.

**Name as printed on CC** Chad Bridges

**CC Type** AMEX **CC#** [redacted]1023

**Expiration Date CC #** 1/30 **4/3 Digit Code** 0423

**Billing Address** 3826 Sleepy Hollow Drive

**City** Jackson **State** MS **ZIP** 39211

**Phone #** 

**Signature** Chad Bridges

MONARCH AIR GROUP REACH HIGHER

Zak Schrunk
Email: zs@monarchairgroup.com
Phone: (954) 829-7094

**Reference** 30049528 2/16/2025 7:04:19 PM

**Prepared for** Leigh Bridges

**Quote**

**Wire Total:** $12,700.00
**CC Total:** $13,335.00
**Comments:**

**Aircraft** **Learjet 31A**

**Itinerary**

| Departure/Arrival | | PAX | Flight Time |
|---|---|---|---|
| KIAH, IAH, G. BUSH INTERCONTINENTAL, HOUSTON, Texas, United States (IAH), HOUSTON, TX, United States<br>KJAN, JAN, JACKSON-MEDGAR WILEY INTL, JACKSON, Mississippi, United States (JAN), JACKSON, MS, United States | 02-17-2025, 18:00[24] | 3 | 1:10 |

Signature: Chad Bridges

Date: 2/16/2025

MONARCH AIR GROUP REACH HIGHER

## GENERAL

Monarch Air Group LLC D/BA Mercury Jets (Mercury Jets) is NOT an aircraft operator. All aircraft are operated under part 14 CFR part 135 or 121, or the corresponding CAA regulations. Aircraft remains under the operational control of the charter operator at all times. This quote is based on current aircraft and crew availability and subject to change.

## PAYMENTS AND CANCELLATION

All prices quoted herein are accurate on the date quoted, are subject to change. Full payment is due prior to the date of service.

## CANCELLATION POLICY

Round trip cancellation policy: upon booking, 35% of the total charter cost, 72 hours before departure 75% of the charter cost, 48 hours before departure 100% cancellation charge. For one-way trip cancellations, the Customer will be assessed a cancellation fee equal to 100% of the total cost of the trip. A no show will be charged the full amount of the charter cost. Due to the availability of aircraft, during the Peak/Holiday season there is a 100% cancellation fee for any flights that are canceled, when scheduled to depart within 3 calendar days, before or after any calendar holiday. The pricing indicates a cash discount. Such discount will NOT be provided for credit card payments. Total Trip Quote represents a 5% discount for cash, check or wire payment.

## DOCUMENTATION

Photo IDs are required prior to flight. Additionally, official travel documents (passports, visas, etc.) are the responsibility of each passenger. All passenger information must be received 48 hours prior to flight. Failure to do so may result in delays. All Passengers flying with Visas, Visa Waivers, and/or Recent Passport Submission with valid receipt and confirmation must fax documentation to our offices 48 hours prior to departure.

## ITINERARY CHANGES & TRANSMITTAL OF CHANGES

Itinerary changes are permitted, but subject to aircraft and crew availability and subject to price adjustments. Notification of changes and/or cancellations must be in writing and sent to our offices by fax/email. Client must call our office at 954-359-5999 to confirm receipt of such changes.

## RESPONSIBILITY

Monarch Air Group is an air charter broker operating on behalf of its customer, as defined by 14 CFR 295. The operator for this flight is Speed Aviation, Inc. and therefore the presiding operator's "Pilot in Command" has full authority and rights to cancel the flight if they deem the passenger(s) unfit to fly. Monarch Air Group holds a non-aircraft operator insurance of up to $1,000,000.00 USD. Monarch Air Group is not liable for expenses incurred for replacement transportation in the case of a mechanical, weather or any other delay. Monarch Air Group is not liable for any injury, damage, loss, expense, indirect/special/consequential damages, or other irregularity caused by the defect of any vehicle or conveyance, or the negligence of any company or person engaged in conveying the passenger or carrying out the arrangements for your trip or by accident, delay, flight schedule, change, cancellation, sickness, weather, strikes, slots, war, quarantine, or any similar cause. Our liability shall in any case be limited to the amount paid to us, and any claim shall be adjudicated in and governed by the laws of the state of Florida. Passengers are liable for additional fees incurred such as catering, ground transportation, Wi-Fi, de-icing, or cleaning fees incurred by the Customer.

I hereby accept these terms for the above referenced charter.

Date: 2/16/2025

Signature: Chad Bridges

Charterer (Print Name): Chad Bridges