Exhibit G

**From:** Chad Bridges
**To:** Leigh Bridges
**Subject:** FW: Travel Itinerary/Invoice for CHAD TURNER BRIDGES - Travel Date September 14, 2025
**Date:** Friday, June 20, 2025 8:38:09 AM
**Attachments:** image003.png
itinerary_2025-06-19 1721.pdf
AIR_FLT_1_3090.ics
AIR_FLT_2_2747.ics
AIR_FLT_3_3233.ics
AIR_FLT_4_2725.ics

My flight info for KC – upgrade appreciated!

Chad T. Bridges, CFE
Director
Financial & Market Regulation
Mississippi Insurance Department
601-359-2136

**From:** NOREPLY@ACENDAS.COM <NOREPLY@ACENDAS.COM>
**Sent:** Thursday, June 19, 2025 4:21 PM
**To:** Chad Bridges <Chad.Bridges@mid.ms.gov>; KAY.PIERCE@ACENDAS.COM
**Subject:** Travel Itinerary/Invoice for CHAD TURNER BRIDGES - Travel Date September 14, 2025

CHAD TURNER BRIDGES

Having trouble viewing this email, or need to print? Click here to view it in a browser.

913-671-3657

## ADDRESS INFORMATION

**Client Address**
NAIC
1100 WALNUT ST
SUITE 1500
KANSAS CITY MO 64106

## PASSENGER INFORMATION

| | | | |
|---|---|---|---|
| **Company Name** | : NAIC | **Company Number** | : CRD821 |
| **Date Issued** | : 2025-06-19 | **Agency Booking Ref #** | : YLRDLF |
| **Agent** | : Kay Pierce | **Invoice Number** | : 7919085 |
| **Ref** | : INSURANCE SUMMIT | | |
| **First Name** | : CHAD TURNER | **Last Name** | : BRIDGES |

## AIRLINE BOOKING REFERENCE

TICKET CONFIRMATION FOR *DELTA AIR LINES (DL)* OPERATED BY *DELTA AIR LINES INC* IS **HXVFNK**.

## REMARKS

**KNOWN TRAVELER NUMBER [redacted] UPDATED

## FLIGHT

**Sunday, September 14, 2025**

| | | | |
|---|---|---|---|
| **Air Vendor** | : DELTA AIR LINES (DL) | **Flight Number** | : 3090 |
| **From** | : Jackson Evers Intl (JAN) | **Departs** | : 9:15 AM |
| **To** | : Hartsfield Jackson Atlanta Intl (ATL) | **Arrives** | : 11:36 AM |
| | | **Class of Service** | : MAIN CABIN |
| **Aircraft** | : 717 | **Miles** | : 341 miles |

| | | | | |
|---|---|---|---|---|
| **Flight Duration** | : 1 hour 21 mins | **Ticket Confirmation** | : | HXVFNK |
| **Operated By** | : DELTA AIR LINES INC | | | |
| **Passenger Name** | : BRIDGES / CHAD TURNER | **Seat** | : | 16B |

## REMARKS

FF-DELTA AIR LINES INC. FREQUENT FLYER IS [redacted]
FF-PLEASE VERIFY FOR PROPER CREDITING AT CHECKIN

## FLIGHT

**Sunday, September 14, 2025**

| | | | | |
|---|---|---|---|---|
| **Air Vendor** | : DELTA AIR LINES (DL) | **Flight Number** | : | 2747 |
| **From** | : Hartsfield Jackson Atlanta Intl (ATL) | **Departs** | : | 12:45 PM |
| | | **Arrives** | : | 1:54 PM |
| **To** | : Kansas City Intl (MCI) | **Class of Service** | : | MAIN CABIN |
| **Aircraft** | : 757 | **Miles** | : | 693 miles |
| **Flight Duration** | : 2 hours 9 mins | **Ticket Confirmation** | : | HXVFNK |
| **Operated By** | : DELTA AIR LINES INC | | | |
| **Passenger Name** | : BRIDGES / CHAD TURNER | **Seat** | : | 23C |

## FLIGHT

**Wednesday, September 17, 2025**

| | | | | |
|---|---|---|---|---|
| **Air Vendor** | : DELTA AIR LINES (DL) | **Flight Number** | : | 3233 |
| **From** | : Kansas City Intl (MCI) | **Departs** | : | 1:45 PM |
| **To** | : Hartsfield Jackson Atlanta Intl (ATL) | **Arrives** | : | 4:44 PM |
| | | **Class of Service** | : | MAIN CABIN |
| **Aircraft** | : 739 | **Miles** | : | 693 miles |
| **Flight Duration** | : 1 hour 59 mins | **Ticket Confirmation** | : | HXVFNK |
| **Operated By** | : DELTA AIR LINES INC | | | |
| **Passenger Name** | : BRIDGES / CHAD TURNER | **Seat** | : | 16C |

## FLIGHT

**Wednesday, September 17, 2025**

| | | | | |
|---|---|---|---|---|
| **Air Vendor** | : DELTA AIR LINES (DL) | **Flight Number** | : | 2725 |
| **From** | : Hartsfield Jackson Atlanta Intl (ATL) | **Departs** | : | 5:42 PM |
| | | **Arrives** | : | 6:04 PM |
| **To** | : Jackson Evers Intl (JAN) | **Class of Service** | : | MAIN CABIN |
| **Aircraft** | : 717 | **Miles** | : | 341 miles |
| **Flight Duration** | : 1 hour 22 mins | **Ticket Confirmation** | : | HXVFNK |
| **Operated By** | : DELTA AIR LINES INC | | | |
| **Passenger Name** | : BRIDGES / CHAD TURNER | **Seat** | : | 16B |

## INVOICE INFORMATION

| | |
|---|---|
| INVOICE #: | 7919085 |
| E-TICKET NUMBER: | 0067268714890 |
| AIR FARE: | 378.02 |
| AIR FARE TAX: | 78.35 |
| SERVICE FEE: | 15.00 |
| TOTAL: | 471.37 |
| TOTAL PAYMENT: | 471.37 |

## PAYMENT INFORMATION

| Date of Payment | Type of Payment | Form of Payment | Card Number / Type | Amount |
|---|---|---|---|---|
| 2025-06-19 | SERVICE FEE | CREDIT CARD | XXXXXXXXXXXX1042/AX | 15.00 |

| | | | | |
|---|---|---|---|---|
| 2025-06-19 | AIR TICKET | CREDIT CARD | XXXXXXXXXXXX1042/AX | 456.37 |

## GENERAL INFORMATION

SERVICE FEE XD0907660979 BRIDGES CHAD TURNE
AIR TICKET DL0067268714890 BRIDGES CHAD TURNE
FREQUENT FLYER NUMBERS
BRIDGES/CHAD TURNER[redacted]

**Acendas Agency Information**

Hours of Operation - Monday through Friday 7:00 AM – 7:00 PM Central Time

913-671-3657

Please review your itinerary for accuracy and contact us with any discrepancies within 24 hours

**After Hours Information**

For servicing outside of our normal business hours, your call will be routed with an option to go to our After Hours Services.

800-787-8640

NOTE: There is a fee associated when calling after hours

**Flight Information - Domestic Reservations**

Please reconfirm flights within 24 hours of departure. Check-In online or at the airport with the operating carrier. Verify baggage restrictions/fees with the airline. Valid government issued photo ID is required for travel.

**Fare Information**

Failure to use ticket as scheduled or cancel trip prior to departure may result in forfeiture of funds. Change fee and/or cancellation fee may apply. Please verify all restrictions with agent.

**Hazmat Disclosure**

Federal law forbids the carriage of certain hazardous materials such as aerosols fireworks and flammable liquids aboard the aircraft. If you do not understand these restrictions contact your airline or go to https://www.faa.gov/about/initiatives/hazmat_safety/

**Upcoming Changes to ID Requirements**

Effective May 7 2025, the US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license or another acceptable form of identification to fly within the United States.

Please see link below for international travel documents

CIBTvisas | Acendas Travel Partner Portal

CAUTION : This message originated from outside the organization. Exercise caution when following links, opening attachments or carrying out instructions.