GRAZIELA000167

# Exhibit H

**Graziela & Brooks 8/21/25 NYC VIP Experience**

| | |
|---|---|
| **Event Details** | |
| **Date** | Thursday, August 21, 2025 |
| **Host Entities** | Graziela, LLC & Brooks Collection Vault |
| **VIP Clients** | Chad & Leigh (Bunny) Bridges |
| **Total Attendance** | 6 |

**Attendees**

- **V. Brooks Poole** – Owner, Brooks Collection Vault
- **Greg Rozina** – Partner of V. Brooks Poole
- **Graziela Kaufman** – CEO, Graziela, LLC
- **Tara Florey** – Independent Contractor Sales Representative, Graziela, LLC
- **Chad Bridges** – VIP Client
- **Leigh (Bunny) Bridges** – VIP Client

**Itinerary Breakdown**

| Time | Activity | Location |
|---|---|---|
| **9 AM** | Jewelry Setup | Graziela's Suite – Greenwich Hotel |
| **10 AM** | Private Jewelry Preview & Breakfast | Graziela's Suite – Greenwich Hotel |
| **12 PM** | Depart for Lunch | The Greenwich Hotel |
| **12:45 PM** | Lunch | Le Bernadin |
| **4 PM – 6 PM** | Manicures | Studio M |
| **6 PM** | Depart for Broadway | Studio M |
| **7 PM – 9:30 PM** | Play "Death Becomes Her" | Lunt-Fontanne Theatre |
| **9:30 PM** | Return to Hotel | The Greenwich Hotel |

**Financial Analysis**

- **Total Event Expenses: $26,502.90**
- Room 1 The Greenwich Hotel: Guests: V. Brooks Poole 8-20-25 to 8-22-25 $2,703.62
- Room 2 The Greenwich Hotel: Guests: Leigh & Chad Bridges 8-20-25 to 8-22-25 $7,569.02
- Room 3 The Greenwich Hotel: Graziela Kaufman 8-20-25 to 8-22-25 $7,110.02
- Welcome Gift Bags for Room 1 & 2: $334.65
- Ridelux Ground Transportation on 8/21/25: $ 2,550.00
- Catering Breakfast on 8/21/25: $179.45
- Lunch at La Bernardin on 8/21/25: $3,742.13
- Tickets for "Death Becomes Her" on 8/21/25 $1,775.00
- Manicures at Studio M on 8/21/25 $539.01

**Revenue Generated:**

**Total Wholesale Revenue (To Graziela):** Invoice 9529 $168,045.00

**Total Retail Value:** $369,750.00