Exhibit I

**Alysson Mills <alysson@alyssonmills.com>**

---

## New Voice Message from MCCRANEY (601) 707-5725 on 06/12/2026 11:09 AM

---

Fri, Jun 12, 2026 at 11:10 AM

Voice Message

---

Dear Alysson Mills,

You have a new voice message:

| | |
|---|---|
| **From:** | MCCRANEY (601) 707-5725 |
| **Received:** | Friday, June 12, 2026 at 11:09 AM |
| **Length:** | 00:42 |
| **To:** | (504) 586-5253 Alysson Mills |

**Voicemail Preview:**

"Alison, this is Billy Quinn. I think that John Colletti may have told you but we've been hired by Chad Bridges. So I was calling you to walk through the claim against him and some related matters. If you would just give me a call at my direct dial 601-863-0603. My partner Tad Mcrainey is working on this as well. His direct dial is 601-863-0601. So call one or the other of us back so that we can get this handled. Thanks."

---