Exhibit J

# Personal monthly budget

## Projected monthly income

| | |
|---|---|
| Umemployment if approved | $940.00 |
| Extra income | $0.00 |
| **Total monthly income** | **$940.00** |

## Actual monthly income

| | |
|---|---|
| Income 1 | $0.00 |
| Extra income | $0.00 |
| **Total monthly income** | **$0.00** |

| | |
|---|---|
| **Projected balance** (Projected income minus expenses) | ($12,016.00) |
| **Actual balance** (Actual income minus expenses) | $0.00 |
| **Difference** (Actual minus projected) | **$12,016.00** |

## Housing

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| CTB Apt-includes, rent, electric, gas, internet, water, trash | $2,900.00 | $0.00 | $2,900.00 |
| Phone | $125.00 | $0.00 | $125.00 |
| Electricity Sleepy Holw | $500.00 | $0.00 | $500.00 |
| Gas Sleepy Holow | $100.00 | $0.00 | $100.00 |
| Water Sleepy Hollow | $220.00 | $0.00 | $220.00 |
| Internet Sleepy Hollow | $95.00 | $0.00 | $95.00 |
| Yard Sleepy Hollow | $500.00 | $0.00 | $500.00 |
| Pool Sleepy Hollow | $250.00 | $0.00 | $250.00 |
| Supplies Sleepy Hollow | $100.00 | $0.00 | $100.00 |
| Other | $0.00 | $0.00 | $0.00 |
| **Subtotal** | | | **$4,790.00** |

## Misc.

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| Eastbrook HOA | $567.00 | | $567.00 |
| OB Condo HOA | $565.00 | | $565.00 |
| Leigh's Co Pays | $250.00 | | $250.00 |
| Chad's Co Pays | $300.00 | | $300.00 |
| OB Condo Assessment | $55.00 | | $55.00 |
| Eastbrook Electric | $125.00 | | $125.00 |
| OB Condo Electric | $150.00 | | $150.00 |
| Other | $0.00 | | $0.00 |
| Other | $0.00 | | $0.00 |
| **Subtotal** | | | **$2,012.00** |

## Transportation

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| Tags Tesla/GLA | $185.00 | | $185.00 |
| Car Insurance | $220.00 | | $220.00 |
| Fuel | $200.00 | | $200.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| Other | | | $0.00 |
| **Subtotal** | | | **$605.00** |

## Loans

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| Personal | $0.00 | | $0.00 |
| Student | $0.00 | | $0.00 |
| Credit card | $0.00 | | $0.00 |
| Credit card | $0.00 | | $0.00 |
| Credit card | $0.00 | | $0.00 |
| Other | $0.00 | | $0.00 |
| **Subtotal** | | | **$0.00** |

## Insurance

## Taxes

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| Sleepy Hollow | $705.00 | | $705.00 |
| Health | $1,300.00 | | $1,300.00 |
| Life | $246.00 | | $246.00 |
| Dental | $125.00 | | $125.00 |
| **Subtotal** | | | **$2,376.00** |

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| 3826 Sleepy Holw Taxes | $1,262.00 | | $1,262.00 |
| Condo OB Taxes | $566.00 | | $566.00 |
| Eastbrook Taxes | $590.00 | | $590.00 |
| Other | | | $0.00 |
| **Subtotal** | | | **$2,418.00** |

## Food

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| Groceries | $500.00 | | $500.00 |
| Dining out | $0.00 | | $0.00 |
| Other | $0.00 | | $0.00 |
| **Subtotal** | | | **$500.00** |

## Savings or investments

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| Retirement account | $0.00 | | $0.00 |
| Investment account | $0.00 | | $0.00 |
| Other | $0.00 | | $0.00 |
| **Subtotal** | | | **$0.00** |

## Pets

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| Food | $125.00 | | $125.00 |
| Medical | $0.00 | | $0.00 |
| Grooming | $0.00 | | $0.00 |
| Toys | $0.00 | | $0.00 |
| Other | $0.00 | | $0.00 |
| **Subtotal** | | | **$125.00** |

## Gifts and donations

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| Charity 1 | $0.00 | | $0.00 |
| Charity 2 | $0.00 | | $0.00 |
| Charity 3 | $0.00 | | $0.00 |
| **Subtotal** | | | **$0.00** |

## Personal care

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| Medical (see Misc.) | $0.00 | | $0.00 |
| Hair/nails | $30.00 | | $30.00 |
| Clothing | $0.00 | | $0.00 |
| Dry cleaning | $0.00 | | $0.00 |
| Health club | $0.00 | | $0.00 |
| Organization dues or fees | $0.00 | | $0.00 |
| Toiletries | $100.00 | | $100.00 |
| **Subtotal** | | | **$130.00** |

## Legal

| Category | Projected cost | Actual cost | Difference |
|---|---|---|---|
| Attorney | | | $0.00 |
| Alimony | | | $0.00 |
| Payments on lien or judgment | | | $0.00 |
| Other | | | $0.00 |
| **Subtotal** | | | **$0.00** |

| | |
|---|---|
| **Total projected cost** | $12,956.00 |
| **Total actual cost** | $0.00 |
| **Total difference** | **$12,956.00** |