**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its capacity as conservator of Jackson Area Federal Credit Union,

*Plaintiff*,

v. Case No. 3:26-CV-343-DPJ-RPM

LEIGH BRIDGES, CHAD BRIDGES and TINA FUNEZ

*Defendants*.

---

**Defendant Leigh Bridges' Motion to Amend or Modify the Preliminary Injunction**

---

Defendant Leigh Bridges, by and through counsel, files this motion for the Court to amend or modify the previously entered preliminary injunction and states the following, to-wit:

1. An initial TRO was entered in this case, followed by a preliminary injunction "freezing" all financial accounts and subjecting them to a prejudgment attachment, which is not allowable under Mississippi law.

2. This injunction also imposed certain financial obligations on the defendant that cannot be met due to a material change in circumstances, as she has no employment nor funds.

3. Defendant Leigh Bridges requests that the preliminary injunction be amended or modified to allow her access to at least $291,000 to $567,000 of her 401K retirement account currently containing ($1,182,770.54) frozen at JAFCU, as there is no evidence that these funds are tainted or traceable to any illegal action on her part.

4. Necessary living expenses and payment of professional legal fees are needed immediately, and the Plaintiff has no legal nor valid basis to freeze and/or withhold access to these funds.

Respectfully submitted, this the 10th day of September 2026.

**LEIGH BRIDGES**

By: */s/ John M. Colette*
John M. Colette | MSB 6376
Jeffrey M. Graves | MSB 104327
**JOHN M. COLETTE, PLLC**
501 S. State Street
Jackson, Mississippi 39201
601-355-6277 Office
601-355-6283 Facsimile
colettelawms@gmail.com
*Attorneys for Leigh Bridges*

**CERTIFICATE OF SERVICE**

I, John M. Colette, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of the same via email on all parties of record.

THIS, the 10th day of September 2026.

*/s/ John M. Colette*
John M. Colette