**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**NATIONAL CREDIT UNION ADMINISTRATION BOARD,**
**In its Capacity as Conservator of Jackson Area Federal Credit Union** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:26-cv-343-DPJ-RPM**

**LEIGH BRIDGES, CHAD BRIDGES and TINA FUNEZ** **DEFENDANTS**

---

**AFFIDAVIT OF LEIGH BRIDGES**

---

PERSONALLY APPEARED before me, the undersigned authority in and for the said County and State, the within named LEIGH BRIDGES, who, having been duly sworn by me, states on oath:

1. My name is LEIGH BRIDGES, and I am an adult resident citizen of the State of Mississippi over the age of twenty-one (21). I am competent to provide the following testimony, which is of my personal knowledge.

2. Until April of 2026, I had been employed since 1992 with the Jackson Area Federal Credit Union.

3. I am currently fifty-six (56) years old.

4. Although I have been seeking other employment, I have not yet secured another full-time job.

5. I have a 401-K at Jackson Area Federal Credit Union with a balance of $1,182,770.54 funded entirely from contributions from my check and contributions from my former employer.

6. I'm requesting a portion of said funds for basic living expenses, attorney fees and property related expenses to maintain their value.

7. Plaintiff has all records on this account since inception.

LEIGH BRIDGES

FURTHER AFFIANT SAYETH NAUGHT, this the 10th day of September, 2026.

LEIGH BRIDGES

SWORN TO AND SUBSCRIBED BEFORE ME, this the 10th day of September, 2026.

NOTARY PUBLIC

My Commission Expires:
2/2/29

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 494328
JENNA GORDON
Commission Expires
Feb. 2, 2029
RANKIN COUNTY