Exhibit A

**Alysson Mills <alysson@alyssonmills.com>**

---

## Chad Bridges - Retirement Leave Payment

---

**Christina Kelsey** <Christina.Kelsey@mid.ms.gov> Wed, Sep 2, 2026 at 9:55 AM
To: "alysson@alyssonmills.com" <alysson@alyssonmills.com>
Cc: Kim Causey <Kim.Causey@mid.ms.gov>, David Browning <David.Browning@mid.ms.gov>, Alison Vowell <Alison.Vowell@mid.ms.gov>

Alysson,

Good morning.

I hope that you are well.

I am reaching out regarding Chad Bridges, our former employee.

Mr. Bridges has requested a cash payout of a portion of his accrued retirement/leave balance (240 hours), which he is otherwise eligible to receive under PERS applicable policies and procedures. More specifically, according to the Mississippi State Personnel Board Handbook, "an employee may be paid for up to 30 days (240 hours) of personal leave and all remaining personal and medical leave will be rolled into their retirement account for service credit." In our estimate, Mr. Bridges would receive the sum $14,865.60.

Before we process or release any funds to him, I want to make sure that the retirement/leave payout is not subject to any federal seizure, levy, garnishment, attachment, judgment, or other restriction related to the pending federal matter.

Could you please advise whether there is currently any federal order or legal process that would prevent or restrict our agency from releasing these funds to him? If so, please provide me with a copy of any applicable documents regarding same.

We want to ensure that our agency handles the payout appropriately and does not want to inadvertently release funds that may be subject to collection or other legal action.

Thank you for your guidance. I will hold the payment until I receive clarification.

Please feel free to call me on my mobile at 601-260-0700 if we need to discuss.

Christina Kelsey

General Counsel

Legal Division

Mississippi Insurance Department

1001 Woolfolk State Office Building, 10th Floor
501 North West Street

Post Office Box 79
Jackson, MS 39205-0079

Telephone: (601) 359-3577

Email: christina.kelsey@mid.ms.gov

-