# Exhibit B

Table 1

| Monthly Expenses | Eastbrooke | Sleepy Holw | | Perdido Place | |
|---|---|---|---|---|---|
| Entergy | $230.00 | $700.00 | Entergy | $170.00 | Baldwin Electric |
| JXN Water | | $325.00 | JXN Water | | |
| HOA - Estes Manning - Pay $2,305.78 Qtrly | $678.60 | $271.62 | Pool and Spa Masters 601-706-9018 | | |
| Xfinity | $61.05 | $900.00 | Yard - Looking for new Person | | |
| Cobra BCBSMS | $650.00 | | | | |
| Mint Mobile | $40.00 | | | | |
| Prescription Copays | $400.00 | | | | |
| Farm Bureau Car's Insurance | $217.63 | | | | |
| Pet Supplies | $225.00 | | | | |
| CSPIRE * will go down next month | $182.18 | | | | |
| Grocery | $80.00 | | | | |
| Personal | $125.00 | | | | |
| Starlink - Utila | $35.63 | | | | |
| Doctor Copay etc | $200.00 | | | | |
| Car Tags? | | | | | |
| Casualty Ins ? | | | | | |
| Rent to NCUA? | $1,300.00 | | | | |
| Totals: | $4,425.09 | $2,196.62 | | $170.00 | |

Listed all
ever sold

Ex 6

| Gift cards on hand as of 08/19/2026 | Type of card | Owner | Location | Purchase Price in American Express Points | Current Value | |
|---|---|---|---|---|---|---|
| | Amex Gift Card | Leigh Bridges | apple wallet | 200,000 | $18.98 | |
| | Amex Gift Card | Leigh Bridges | apple wallet | 200,000 | $14.24 | |
| | Amex Gift Card | Leigh Bridges | apple wallet | 100,000 | $17.76 | |
| | Amex Gift Card | Leigh Bridges | apple wallet | 400,000 | $983.53 | |
| | Amex Gift Card | Leigh Bridges | Amazon wallet | 200,000 | $412.77 | |
| | Amex Gift Card | Leigh Bridges | Plastic | 200,000 | $1,000.00 | |
| | Amex Gift Card | Leigh Bridges | Colette Law | 200,000 | $1,000.00 | |
| | Amex Gift Card | Leigh Bridges | Colette Law | 200,000 | $1,000.00 | |
| | Amex Gift Card | Leigh Bridges | Colette Law | 200,000 | $1,000.00 | |
| | Amex Gift Card | Leigh Bridges | Colette Law | 400,000 | $2,000.00 | |
| | Amex Gift Card | Leigh Bridges | Colette Law | 400,000 | $2,000.00 | |
| | Amex Gift Card | Leigh Bridges | Colette Law | 200,000 | $1,000.00 | |
| | Amex Gift Card | Leigh Bridges | Colette Law | 200,000 | $1,000.00 | |
| | Amex Gift Card | Leigh Bridges | Colette Law | 200,000 | $1,000.00 | |
| | Amex Gift Card | Leigh Bridges | Colette Law | 100,000 | $500.00 | |
| | Apple gift card | Leigh Bridges | apple wallet | 141,177 | $1,011.12 | |
| | Longhorn Gift card | Leigh Bridges | apple wallet | None | $100.00 | Gift |
| | Old Navy Gift card | Leigh Bridges | apple wallet | 8,000 | $100.00 | Old |
| | Old Navy Gift card | Leigh Bridges | Digital | 8,000 | $100.00 | |
| | Old Navy Gift card | Leigh Bridges | Digital | 8,000 | $100.00 | |
| | Longhorn Gift card | Leigh Bridges | apple wallet | None | $14.20 | Gift |
| | Starbucks | Leigh Bridges | Starbucks APP | None | $35.00 | Gift |
| | Starbucks | Leigh Bridges | Starbucks APP | None | $13.65 | Gift |
| | Starbucks | Leigh Bridges | Starbucks APP | None | $30.00 | Gift |
| | Starbucks | Leigh Bridges | Starbucks APP | None | $17.81 | Gift |
| | Starbucks | Leigh Bridges | Starbucks APP | None | $9.24 | Gift |
| | Starbucks | Leigh Bridges | Starbucks APP | None | $4.89 | Gift |
| | Starbucks | Leigh Bridges | Starbucks APP | None | $4.86 | Gift |
| | Homegoods | Leigh Bridges | Plastic | None | $100.00 | Gift |
| | TJX | Leigh Bridges | Paper | 29,412 | $50.00 | part of employee appreciation |
| | TJX | Leigh Bridges | Digital | 58,820 | $250.00 | |
| | Char | Chad Bridges | Paper | None | $83.76 | Gift |
| | Amex Gift Card | Chad Bridges | Plastic | 400,000 | $2000.00 | |
| | Amex Gift Card | Chad Bridges | Plastic | 200,000 | $1000.00 | |
| | Amex Gift Card | Chad Bridges | Plastic | 200,000 | $1000.00 | |
| | Amex Gift Card | Chad Bridges | Plastic | 400,000 | $2000.00 | |
| | Amex Gift Card | Chad Bridges | apple wallet | 400,000 | $909.86 | |
| | Amex Gift Card | Chad Bridges | apple wallet | 200,000 | $144.85 | |
| | Amex Gift Card | Chad Bridges | apple wallet | 400,000 | $1345.96 | |
| | Amex Gift Card | Chad Bridges | apple wallet | 400,000 | $1899.58 | |
| | Copiahbankshares | Leigh Bridges | | | 50 shares | Inherited |
| | Copiahbankshares | Chad Bridges | | | Not sure how much | $50,000 bought |

Ex. I