# Exhibit C

Table 1

| 2026 AMEX Gift Card History | Gift Card Amount | Points Used | |
|---|---|---|---|
| January 28, 2026 | $250.00 | 29,412 | |
| | $250.00 | 29,412 | |
| | $250.00 | 29,412 | |
| | $250.00 | 29,412 | |
| | $250.00 | 29,412 | |
| | $250.00 | 29,412 | |
| | $50.00 | 7,143 | |
| | $50.00 | 7,143 | |
| | $50.00 | 7,143 | |
| | $50.00 | 7,143 | |
| March 6, 2026 | $500.00 | 100,000 | |
| | $500.00 | 100,000 | |
| | $500.00 | 100,000 | |
| | $500.00 | 100,000 | |
| March 16, 2026 | $500.00 | 58,820 | 10 of each at $50 |
| | $500.00 | 58,820 | 10 of each at $50 |
| | $250.00 | 29,410 | 5 of each at $50 |
| | $500.00 | 71,430 | 10 of each at $50 |
| April 21, 2026 | $1,000.00 | 200,000 | |
| | $1,000.00 | 200,000 | |
| | $1,000.00 | 200,000 | |
| May 30, 2026 | $1,000.00 | 200,000 | |
| | $1,000.00 | 200,000 | |
| | $1,000.00 | 200,000 | |
| | $1,000.00 | 200,000 | |
| | $2,000.00 | 400,000 | |
| | $2,000.00 | 400,000 | |
| | $2,000.00 | 400,000 | |
| | $2,000.00 | 400,000 | |
| June 3, 2026 | $2,000.00 | 400,000 | |
| | $2,000.00 | 400,000 | |
| | $2,000.00 | 400,000 | |
| | $2,000.00 | 400,000 | |
| | $500.00 | 100,000 | |
| | $500.00 | 100,000 | |
| June 10, 2026 | $1,000.00 | 200,000 | |
| | $1,000.00 | 200,000 | |
| | $1,000.00 | 200,000 | |
| | $1,000.00 | 200,000 | |
| | $1,000.00 | 200,000 | |
| July 3, 2026 | $500.00 | 58,824 | |
| | $2,000.00 | 400,000 | |
| | $250.00 | 29,412 | |
| July 11, 2026 | $1,000.00 | 200,000 | |










Gift cards purchased in March used for Employee Appreciation Day
























| 2026 AMEX Gift Card History | Gift Card Amount | Points Used |
|---|---|---|
| | $1,000.00 | 200,000 |
| **July 20, 2026** | $500.00 | 47,059 |
| **July 26, 2026** | $500.00 | 47,059 |
| | $500.00 | 47,059 |
| | $500.00 | 100,000 |
| **Total for Year** | $41,200.00 | 7,752,937 |









When asked about gift cards, I understood the question to be that we had spent/ redeemed over $200,000 in gift cards. Then I thought maybe the question was points used rather than dollars. But my answer was no, because we did not have/redeem over $200,000 in gift cards.

Point's remaining.




6/14/26