Exhibit D

**Alysson Mills <alysson@alyssonmills.com>**

## (no subject)

**john colette** <colettelawms@gmail.com> Wed, Aug 12, 2026 at 10:38 AM
To: Alysson Mills <alysson@alyssonmills.com>

I forgot to mention but it came up at last proffer…apparently a moth or so ago my client cashed it some points and got some gift cards she's used to live on do u see any issue with that? She's not obviously getting cash and or using the max but I want to be sure she is compliant…tks. Colette