SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 21 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATIONAL CREDIT UNION
ADMINISTRATION BOARD,
in its capacity as conservator of
Jackson Area Federal Credit Union PLAINTIFF

VS. CIVIL ACTION NO.: 3:26-cv-343-DPJ-RPM

LEIGH BRIDGES, CHAD BRIDGES
and TINA FUNEZ DEFENDANTS

---

# NOTICE OF CONVENTIONAL FILING

---

Exhibits 1-1, 1-2 and 1-3 to Defendant Chad Bridges ("Chad") Motion to Dissolve and/or Modify Preliminary Injunction [Dkt. No. 36] is in paper form only and is being filed under seal by the Office of the Clerk pursuant to order filed on September 17th, 2026. Dkt. 55. This document has been manually served on all parties.

RESPECTFULLY SUBMITTED, this 21st day of September, 2026.

CHAD BRIDGES

By: ______________________
W. Thomas McCraney, III

OF COUNSEL:

W. Thomas McCraney, III (MS Bar No. 10171)
William M. Quin II (MS Bar No. 10834
Sean R. Guy (MS Bar No. 100362
McCRANEY MONTAGNET QUIN & NOBLE, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 707-5725
tmccraney@mmqnlaw.com
wquin@mmqnlaw.com
sguy@mmqnlaw.com

## CERTIFICATE OF SERVICE

I, W. Thomas McCraney, III, Esq., do hereby certify that the foregoing pleading was filed electronically through the Court's CM/ECF system and served electronically on all parties enlisted to receive service electronically.

SO CERTIFIED, this 21st day of September, 2026.

W. Thomas McCraney, III