UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION
---------------------------------------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its capacity as liquidating agent of Jackson Area Federal Credit Union,

Plaintiff,

v.

LEIGH BRIDGES, CHAD BRIDGES, and TINA FUNEZ,

Defendants.

---------------------------------------------------------------------X

Case No.: 3:26-cv-343-DPJ-RPM
Hon. Daniel P. Jordan
Hon. Robert P. Myers, Jr.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM CONCERNING DEFENDANTS' MOTIONS TO MODIFY PRELIMINARY INJUNCTION**

Plaintiff, the National Credit Union Administration Board ("NCUAB"), acting in its capacity as liquidating agent of Jackson Area Federal Credit Union ("JAFCU"), moves this Court for leave to file a supplemental memorandum of law concerning Defendant Chad Bridges' Urgent and Necessitous Motion to Dissolve and/or Modify Preliminary Injunction, ECF No. 36, and Defendant Leigh Bridges' Motion to Amend or Modify the Preliminary Injunction, ECF No. 50.

As explained in the accompanying memorandum of law, the proposed supplemental memorandum is highly relevant to the issue placed before the Court in motions to modify the preliminary injunction, ECF Nos. 36, 50, to wit, whether the Bridges' retirement accounts are subject to the attachment of assets under 12 U.S.C. § 1787(b)(2)(G). For the reasons explained in the accompanying memorandum of law and the proposed supplemental memorandum, the

NCUAB submits that such issue does not need to be decided at this time. The issue that must be decided is instead whether frozen funds may be utilized to pay for living expenses and attorneys' fees—an issue that the Bridges have not briefed.

A copy of the proposed supplemental memorandum is attached to this motion.

**WHEREFORE,** Plaintiff NCUAB requests leave to file a supplemental memorandum of law concerning the issues raised in Chad Bridges' and Leigh Bridges' motions to modify the preliminary injunction, ECF Nos. 36, 50.

Respectfully submitted,

November 4, 2026

*/s/ Alysson Mills*

Alysson Mills, Mississippi Bar No. 102861

650 Poydras Street Suite 1525
New Orleans, Louisiana 70130
t/f: 504-586-5253
alysson@alyssonmills.com

*Counsel for Plaintiff*
NATIONAL CREDIT UNION ADMINISTRATION BOARD,
acting in its capacity as conservator of JACKSON AREA FEDERAL CREDIT UNION

CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

*/s/ Alysson Mills*

Alysson Mills