**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its capacity as conservator of Jackson Area Federal Credit Union,** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:26-cv-343-DPJ-RPM**

**LEIGH BRIDGES, CHAD BRIDGES and TINA FUNEZ,** **DEFENDANTS**

---

**CHAD BRIDGES' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS**

---

Defendant Chad Bridges ("Chad") moves for an extension of time, up to and including Wednesday, November 25, 2026, within which to respond to Plaintiff's Motion to Modify, Clarify, and Enforce Preliminary Injunctions [Doc 53] and Plaintiff's Motion for Leave to File a Supplemental Memorandum Concerning Defendants' Motions to Modify Preliminary Injunction [Doc 60], as follows:

1. On September 14, 2026, Plaintiff National Credit Union Administration Board ("National") filed its Motion to Modify, Clarify, and Enforce Preliminary Injunctions and supporting Memorandum. Doc. 53.

2. Shortly thereafter, the Court referred this case to Magistrate Judge Robert P. Myers, Jr. for a settlement conference, which was held on October 16, 2026. In light of the settlement conference, counsel for National and counsel for Chad

informally agreed to defer Chad's response to National's motion until after the settlement conference.[1]

3. The case did not settle at the October 16 conference, and the Magistrate Judge convened a second settlement session on November 9, 2026. In the interim, on November 4, 2026, National filed its Motion for Leave to File a Supplemental Memorandum, attaching its proposed Supplemental Memorandum. Doc 60; Doc 60-1.

4. The case did not settle at the November 9 session.

5. Due to the press of other business and the intervening settlement conferences, Chad requests an extension of time, up to and including Wednesday, November 25, 2026, to respond to National's Motion to Modify, Clarify, and Enforce Preliminary Injunctions [Doc. 53] and its Motion for Leave to File a Supplemental Memorandum [Doc 60].

6. Chad respectfully submits that good cause exists for the requested extension. Chad's response to National's motion was deferred by agreement of counsel so that the parties could focus on the Court-ordered settlement process, which extended through a second session on November 9. The requested extension is brief, and National will suffer no prejudice. National's motions relate to Chad's own pending Motion to Dissolve and/or Modify Preliminary Injunction [Doc 36] which remains under submission, and National itself has sought leave to file additional briefing. Doc 60.

---

[1] *See* Exhibit 1. The extension was contingent on Chad providing additional financial records prior to the settlement conference, which was done.

7. This motion is made in good faith and not for purposes of delay.

8. Because the relief requested is procedural and the grounds are fully set forth herein, Chad requests that the Court waive the requirement of a separate memorandum brief.

WHEREFORE, Chad respectfully requests that the Court grant this motion and extend his time to respond to National's Motion to Modify, Clarify, and Enforce Preliminary Injunctions [Doc 53] and its Motion for Leave to File a Supplemental Memorandum [Doc 60] through Wednesday, November 25, 2026.

RESPECTFULLY SUBMITTED, this the 24th day of November, 2026.

**CHAD BRIDGES**

By: *\/s/ W. Thomas McCraney, III*
W. Thomas McCraney, III

**OF COUNSEL:**

W. Thomas McCraney, III (MS Bar No. 10171)
William M. Quin II (MS Bar No. 10834
Sean R. Guy (MS Bar No. 100362
W. Richard Newman, V (MSB # 107204)
**MCCRANEY MONTAGNET QUIN & NOBLE, PLLC**
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
tmccraney@mmqnlaw.com
wquin@mmqnlaw.com
sguy@mmqnlaw.com
rnewman@mmqnlaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing pleading was filed electronically through the Court's CM/ECF system and served electronically on all parties enlisted to receive service electronically.

This the 24th day of November, 2026.

*/s/ W. Thomas McCraney, III*
W. Thomas McCraney, III