[redacted]

[redacted]

**From:** Tad McCraney
**Sent:** Wednesday, September 23, 2026 2:53 PM
**To:** 'Alysson Mills' <alysson@alyssonmills.com>; john colette <colettelawms@gmail.com>
**Cc:** crouthesq@gmail.com
**Subject:** RE: *EXTERNAL*Re: *EXTERNAL*Activity in Case 3:26-cv-00343-DPJ-RPM National Credit Union Administration Board v. Bridges et al Memorandum in Support of Motion

That should not be a problem

**From:** Alysson Mills <alysson@alyssonmills.com>
**Sent:** Wednesday, September 23, 2026 1:28 PM
**To:** john colette <colettelawms@gmail.com>
**Cc:** Tad McCraney <tmccraney@mmqnlaw.com>; crouthesq@gmail.com
**Subject:** *EXTERNAL*Re: *EXTERNAL*Activity in Case 3:26-cv-00343-DPJ-RPM National Credit Union Administration Board v. Bridges et al Memorandum in Support of Motion

**CAUTION:** This email originated from outside of the company. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Yes, if you guys will provide us account statements for any accounts your clients have used / are using to pay living expenses in advance of mediation?

If you can do that, we don't have any problem.

On Wed, Sep 23, 2026 at 8:46 AM john colette <colettelawms@gmail.com> wrote:

> Same with us I g. Lol
>
> > On Sep 23, 2026, at 8:43 AM, Tad McCraney <tmccraney@mmqnlaw.com> wrote:
> >
> > Alysson:

EXHIBIT 1

Can we agree to defer defendants' formal responses to this motion until after the settlement conference?

Please advise. Thanks, Tad

---

**From:** cmecfhelpdesk@mssd.uscourts.gov <cmecfhelpdesk@mssd.uscourts.gov>
**Sent:** Monday, September 14, 2026 5:07 PM
**To:** Courtmail@mssd.uscourts.gov
**Subject:** *EXTERNAL*Activity in Case 3:26-cv-00343-DPJ-RPM National Credit Union Administration Board v. Bridges et al Memorandum in Support of Motion

**CAUTION:** This email originated from outside of the company. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Mississippi**

## Notice of Electronic Filing

The following transaction was entered by Mills, Alysson on 9/14/2026 at 5:07 PM CDT and filed on 9/14/2026

| | |
|---|---|
| **Case Name:** | National Credit Union Administration Board v. Bridges et al |
| **Case Number:** | 3:26-cv-00343-DPJ-RPM |
| **Filer:** | National Credit Union Administration Board |
| **Document Number:** | 54 |

**Docket Text:**
**MEMORANDUM in Support re [53] MOTION to Modify Preliminary Injunctions filed by National Credit Union Administration Board (Mills, Alysson)**

**3:26-cv-00343-DPJ-RPM Notice has been electronically mailed to:**

Alysson Leigh Mills
alysson@alyssonmills.com, rhamilton@fishmanhaygood.com

Christopher Scott Routh crouthesq@gmail.com

Jeffrey Matthew Graves
jmgraves.colettelawms@gmail.com,jeffreymgraves2012@gmail.com

John M. Colette colettelawms@gmail.com, jcole83161@aol.com

Sean R. Guy sguy@mmqnlaw.com, hbreland@mmqnlaw.com

W. Thomas McCraney , III
tmccraney@mmqnlaw.com, cholt@mmqnlaw.com

William M. Quin , II wquin@mmqnlaw.com, pslade@mmqnlaw.com

**3:26-cv-00343-DPJ-RPM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/14/2026] [FileNumber=7556745-0
]
[7ab4183ed6502cf037ae2e67cc583e605a8369c4325f44ba890180de0fa3b87095b
b2cfc2b2998827f23ce5e7b55d85da4368d0845950955bd595c1ebc04feb7]]